# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE ALFARO, <br><br> Plaintiff, <br><br> v. <br><br> JASON DANIEL GANDY, <br><br> Defendant. | Civil Action No. 4:18-cv-01761 <br> (Jury Trial Demanded) |

## DECLARATION OF PLAINTIFF JOSE ALFARO IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY JUDGMENT

I, Jose Alfaro, declare as follows:

1. I am the Plaintiff in the civil case *Alfaro v. Gandy*, Civil Action No. 4:18-cv-01761.

2. I was a minor during the events leading to the trial of criminal case 4:12-cr-00503 and was referred to as Minor Victim # 4 during said trial.

3. I was a minor during the events leading to the sentencing hearing of criminal case 4:12-cr-00503 and was referred to as Minor Victim # 1 during said sentencing hearing.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of Febraury 2019 at Boston, MA.

_____
Jose Alfaro