# EXHIBIT 5

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF TEXAS

3    — — —

     HONORABLE LEE H. ROSENTHAL, CHIEF JUDGE PRESIDING

4    _____

     UNITED STATES OF AMERICA,    Case No. 4-12-cr-00503-1

5         Plaintiff,

6    vs.

7    JASON DANIEL GANDY,

8         Defendant.

9    _____
                         SENTENCING HEARING
10
          OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS
11
                         Houston, Texas
12
                       December 18, 2108
13   _____

14   APPEARANCES:

15    For the Plaintiff:    Sherri Lynn Zack, Esq.
                            Kimberly Ann Bulger Leo, Esq.
16

17    For the Defendant:    Seth Kretzer, Esq.
                            Sean Ryan Buckley, Esq.
18

19    Reported by:          Nichole Forrest, RDR, CRR, CRC
                            Official Court Reporter
20                          United States District Court
                            Southern District of Texas
21                          nichole_forrest@txs.uscourts.gov

22

23   Proceedings recorded by mechanical stenography.  Transcript
     produced by Reporter on computer.
24

25

PROCEEDINGS
_____

1

2

3          (The following proceedings held in open court.)

4                          *   *   *

5          THE COURT: Are we ready in the Gandy matter?

6          MS. ZACK:  Yes, Your Honor.

7          THE COURT:  Mr. Gandy.

8      Go ahead and state your appearances.

9          MS. ZACK:  Sherri Zack and Kim Leo on behalf of the

10   United States, Your Honor.  Good morning.

11         MR. BUCKLEY:  Good morning, Your Honor.  Sean

12   Buckley and Seth Kretzer on behalf of Mr. Gandy.

13         MR. KRETZER:  Good morning, Your Honor.

14         THE COURT:  Good morning.

15     Mr. Buckley and Mr. Kretzer, has Mr. Gandy been given a

16   full opportunity to review the presentence report and

17   discuss it with you?

18         MR. BUCKLEY:  I believe so and --

19         THE COURT:  Can you outline for me what those

20   opportunities consisted of?

21         MR. BUCKLEY:  Yes, Your Honor.

22     On, approximately, September 16 -- if I may, Your Honor,

23   refer to my notes.  September 16 of this year, Your Honor

24   held a status conference upon Mr. Kretzer's and my concern

25   that we were having difficulty meeting with Mr. Gandy

1   because he had been placed on the suicide watch.

2       And following that meeting, Your Honor instructed the

3   U.S. Marshals Service to help us facilitate those visits.

4   And since then, the Marshals Service has been very

5   responsive to us in allowing those visits upon our request.

6       On September 16 -- also, on September 16 during that

7   court appearance, Mr. Kretzer provided a paper copy of the

8   presentence report to Mr. Gandy.  What I cannot tell the

9   Court is what happened to the report when Mr. Gandy was

10  transferred back to the FDC.  I understand there may be a

11  protocol there for what he's allowed to possess and what

12  he's not, while he is in suicide watch.  But that report was

13  provided.

14      It's my understanding, from subsequent discussions with

15  Mr. Gandy, that he had an opportunity to review at least a

16  portion of that report.  He's not indicated to me that he's

17  reviewed the report in its entirety.

18      Then on October 20, 2018, Mr. Kretzer and I scheduled a

19  visit at the FDC --

20                  (Cellphone interruption.)

21          MR. BUCKLEY:  Hoping it wasn't mine.  Apparently, it

22  was not.

23      Mr. Kretzer and I scheduled a visit at the FDC to meet

24  with Mr. Gandy and discuss the presentence report.

25  Mr. Gandy did not present himself with a visit, and so

1    Mr. Kretzer and I left.

2        On November 30, 2018, Mr. Kretzer and I, again, went to

3    the FDC to discuss this matter with Mr. Gandy.  But I think

4    the best way to characterize it is our discussion got

5    sidetracked.  And Mr. Kretzer and I -- or, frankly, I made

6    the decision to terminate the meeting because I felt that it

7    had gotten off course.

8        Yesterday, again, I went to the FDC to visit with

9    Mr. Gandy in a final effort to discuss the presentence

10   report, taking with me a full copy of the presentence

11   report.  Mr. Gandy indicated to me that he did not wish to

12   discuss it.

13       He expressed some frustration with both a trial decision

14   that I made regarding a witness, as well as my reluctance to

15   assist him in addressing matters regarding his treatment

16   within the FDC, and that he wished to terminate me as his

17   counsel and receive additional counsel or other counsel that

18   would be more responsive to his request.

19       So that is the most thorough recitation I can provide to

20   the Court.

21             THE COURT:  All right.

22             MR. KRETZER:  If I can briefly, Your Honor.  Also,

23   as the Court saw, I arrived to the courtroom this morning

24   about approximately 30 minutes before Mr. Buckley, and I

25   provided a copy of the PSR to Mr. Gandy on my iPad here.  He

1  looked at my iPad and read it.  And we have discussed not

2  every single page, but the pertinent parts of the PSR.

3          THE COURT:  So you have discussed the pertinent

4  parts?

5          MR. KRETZER:  Yes.

6          THE COURT:  Tell me what you mean by "the pertinent

7  parts."

8          MR. KRETZER:  The guideline computations.  The

9  difference between grouping.  Which counts group, which

10 counts don't.

11         THE COURT:  Did Mr. Gandy ask any questions of

12 either of you during the discussions about the PSR?

13         MR. KRETZER:  Yes.  He's asked me some questions.

14 I've tried to answer them as thoroughly as I could.

15         THE COURT:  Good.  And did he appear to understand

16 the answers to the questions?

17         MR. KRETZER:  I believe so, yes.

18         THE COURT:  Were questions logical, intelligence,

19 and appropriate?

20         MR. KRETZER:  Yes.

21    One thing that Mr. Buckley didn't mention, we visited at

22 the special room that the marshal's BOP, whoever, has made

23 available.  Our visit, the most recent -- I wasn't there

24 yesterday.  But the one about two weeks ago, we were in the

25 room I believe at least for an hour.  So, I mean, it wasn't

1  as though we didn't have an in-depth conversation.  I

2  believed him to be lucid in his communications.

3          MR. BUCKLEY:  I will concur with that, Your Honor.

4  Also, I would mention that Mr. Gandy does appear to be

5  extremely emotionally distressed, due to his -- what he

6  views as mistreatment within the BOP, FDC.  And his concerns

7  that he's approaching sentencing at a time when he's under

8  so much distress that he can't concentrate.

9      That being said, I do concur with Mr. Kretzer's

10  assessment.  As a counsel and as an officer of the Court,

11  I'm not aware of any indication that we need to address

12  competency as that is defined under the law.

13          THE COURT:  Certainly, Mr. Gandy has been -- on

14  previous occasions leading up to his trial, been examined

15  several times and determined to be competent during the

16  examination.

17          MR. BUCKLEY:  I don't have personal knowledge of

18  that, Your Honor, but I'm aware of that.

19          THE COURT:  It's in the record.

20      All right.  Is there anything else you wanted to add to

21  the description of the opportunity to and the fact of

22  Mr. Gandy's review and discussion with counsel of the

23  presentence report and recommendation?

24          MR. BUCKLEY:  Nothing that I believe I can offer in

25  addition, Your Honor.

```
 1          THE COURT:  All right.  Did you make it clear that
 2   Mr. Gandy's sentence under the guidelines could include up
 3   to life?
 4          MR. BUCKLEY:  During our last visit when Mr. Kretzer
 5   and I visited together, and that would have been on
 6   October -- pardon me, on November 30, 2018, Mr. Kretzer made
 7   that clear to Mr. Gandy that his guideline range was up to
 8   life.  I was present in the room.
 9          THE COURT:  All right.  Thank you.
10       Is there anything that you want to add, Mr. Gandy?
11          THE DEFENDANT:  Thank you so much.  I have patiently
12   waited for them to finish speaking.
13          THE COURT:  Just on this issue, and then we'll get
14   to the specific --
15          THE DEFENDANT:  The day that they made the
16   appointment with you because I was in suicide watch, they
17   handed me this same thing.  And the marshals took it from
18   me.
19       I went and was put in suicide watch.  And I've not been
20   allowed water, toothbrush, a spoon to eat with, a shower.  I
21   have spent 89 days --
22          THE COURT:  You haven't had any opportunity to
23   bathe?
24          THE DEFENDANT:  They don't have hot water.  When you
25   push the --
```

1     THE COURT:  Have you gotten washed during that

2  period?

3     THE DEFENDANT:  No, ma'am.

4     THE COURT:  Not even today?

5     THE DEFENDANT:  Not in the last two weeks.

6     THE COURT:  Let me turn to the marshals.  Has there

7  been --

8     THE DEFENDANT:  I've been wanting to speak

9  with them.

10     THE COURT:  Is Mr. Gandy unwashed for the last

11  month?

12     THE DEFENDANT:  I have an infection on my neck from

13  two-weeks-ago.  The shower.  I've been wanting to speak with

14  the marshals.  My attorneys have been preventing me from

15  speaking with the marshals.

16     THE COURT:  Well, that's to protect you from

17  divulging and making statements that could be harmful to

18  you, and I understand that.

19    Let me ask the marshals.

20     THE UNITED STATES MARSHAL:  We haven't heard from

21  FDC.  We have to go back and check.

22     THE COURT:  Go do that, or have that done right now,

23  please.

24     THE UNITED STATES MARSHAL:  We can do that.  Sure.

25     THE DEFENDANT:  I would like them to have a pen and

1  paper and let me document some things that are going on.

2         THE COURT:  Just tell me, and the court reporter

3  will document them for you.

4         THE DEFENDANT:  Oh, okay.

5         THE COURT:  Are we talking about what is going on in

6  the marshal's custody?

7     All right.  So have you --

8         THE DEFENDANT:  Okay.  Let me --

9         THE COURT:  Have you reviewed the presentence

10  report, including this morning with Mr. Kretzer?

11         THE DEFENDANT:  When they gave me this paper --

12         THE COURT:  "They" being your lawyers?

13         THE DEFENDANT:  When my lawyers give me this paper

14  back in September 16, you said?

15         THE COURT:  Uh-huh.

16         THE DEFENDANT:  I was not given an opportunity to

17  read it.  And then when they met me in December to read it,

18  they didn't have a copy.  They didn't bring a copy.

19     So then today, 9:30-ish, when Seth --

20         THE COURT:  Mr. Kretzer.

21         THE DEFENDANT:  -- showed up, I was given his

22  tablet.  And I did not have an opportunity to read more than

23  a --

24         THE COURT:  Here's what we're going to do.  It's now

25  seven minutes after 10:00.  We will resume at 11:07.  You

1  will spend the next hour with your lawyers reviewing and

2  reading and discussing the presentence report.

3       Is that understood?  Right now.

4            THE DEFENDANT:  Can I get a hot shower to get the

5  infection off of --

6            THE COURT:  You know, we will get a nurse to come

7  and look at it and administer surface antiseptic, if that is

8  appropriate, and get it cleaned up.  That will take care of

9  that issue.

10      But is there a room, even the holding cell?

11           THE UNITED STATES MARSHAL:  Yes.  We can do it on

12  the 10th floor.

13           THE COURT:  I will see you in one hour, Counsel.

14      And if there are victims in the courtroom waiting to

15  testify, you'll get that opportunity, but it will be an

16  hour.  Go get a cup of coffee, please.

17      In the meantime, would you find out information about --

18           THE UNITED STATES MARSHAL:  Yes, Your Honor.  We're

19  making the call right now.

20           THE COURT:  -- whether there has been any

21  opportunity for Mr. Gandy to bathe, wash, spit bath,

22  anything that would get him washed --

23           THE DEFENDANT:  Nothing.

24           THE COURT:  -- over the last, I guess, two months?

25           THE UNITED STATES MARSHAL:  Yes, Your Honor.

1      THE COURT:  Thank you.  See you in an hour.

2                       (Court in recess.)

3      THE COURT:  Super.  Please be seated.  Everyone has

4  returned.  Thank you.

5    Mr. Buckley, Mr. Kretzer, come on up.  Over the break,

6  were you able to have a discussion with Mr. Gandy about the

7  presentence report and the related materials?

8      MR. BUCKLEY:  Yes, we were, Your Honor.  With regard

9  to that, I believe we've identified two categories of

10  objections.

11      THE COURT:  All right.

12      MR. BUCKLEY:  Without reference to individual

13  paragraphs, I think I can characterize them in a broad sense

14  that would be meaningful.

15    The first category would be the paragraphs that relate to

16  offense conduct or the precise details or allegations made

17  in the offense conduct.  And Mr. Gandy objects to those

18  paragraphs as unsupported by the record.

19    The second category would be the paragraphs that relate

20  to allegations made by confidential informants in the

21  Federal Detention Center, in particular relating to

22  allegations of obstruction of justice or targeting of

23  individuals.  And so Mr. Gandy also objects to those as

24  unsupported by the record and false.

25      THE COURT:  All right.

1    Mr. Gandy, would you join your counsel, please.  And were

2    you able to get Mr. Gandy's neck looked at?

3         MR. BUCKLEY:  Yes, Your Honor.  A gentleman from

4    medical came up and appeared to apply some procedure to it

5    and appeared satisfied that he had done what needed to be

6    done.

7         THE COURT:  Very good.

8    Did we obtain any information about Mr. Gandy's access to

9    personal hygiene opportunities?

10        THE UNITED STATES MARSHAL:  Yes, Your Honor.

11   Your Honor, I was faxed over recently a log.  It only

12   goes back this week.  But it is indicating he has been

13   eating and showering as of this morning.  I'm currently

14   waiting for more faxes from previous dates to come in.  If

15   you would like to look at this.

16        THE COURT:  Yes, please.  This will be made part of

17   the record of this hearing, and I would like the additional

18   ones when they come in.

19        MR. BUCKLEY:  There's another matter, Your Honor, if

20   I may.  In the course of our discussion with Mr. Gandy, and

21   as he came to understand that there would be victims

22   testifying here today pursuant to their rights under the

23   Victims' Rights Act, Mr. Gandy expressed a wish that we had

24   arranged for witnesses to testify on his behalf.

25   And for the record, Your Honor, it has been my opinion

1  that that would be counterproductive.  And, particularly,

2  Mr. Gandy has requested that some of his fellow inmates

3  could provide meaningful testimony.  I feel that that would,

4  likewise, be counterproductive.  But I wanted to bring

5  Mr. Gandy's wish to the Court's attention.

6          THE COURT:  Very good.  Thank you.

7      All right.  So with respect to the first objection that

8  the offense conduct allegations are unsupported by the

9  record, including the evidence at trial, would you like to

10 put anything on the record with respect to that?

11         MS. ZACK:  Only, Your Honor, that as far as the PSR

12 goes -- and I know this Court and defense counsel are aware

13 of it -- the standard is preponderance of the evidence.  And

14 it is up to Your Honor to make a determination as to whether

15 or not the sources which provided the information that was

16 then put together and summarized by probation are, in fact,

17 credible.

18     On top of which, Your Honor did sit through the entire

19 trial.  I believe that all of the information in the PSR is

20 supported by credible evidence.  And we believe that that

21 objection should be overruled.

22         THE COURT:  Anything further?

23         MR. BUCKLEY:  Nothing further on that, except that I

24 would let the record speak for itself.

25         THE COURT:  All right.

1      And the Court is familiar with this record.  The case has

2   been with us for an extended period.  The Court did sit

3   through the trial.  And the Court finds and determines that

4   the offense conduct allegations are amply supported by

5   reliable evidence and ample evidence that was properly

6   admitted at trial, and that there is no basis for any

7   concern that any aspect of the offense conduct alleged is

8   not supported by more than a preponderance of the evidence.

9      Second category is the category of challenge to

10  information from confidential informants in the FDC relating

11  to obstruction of justice charges.

12     Is there anything that you wanted to add to that beyond

13  what we've already stated?

14     MR. BUCKLEY:  The only thing I would add, Your

15  Honor, is that this does carry with it an additional level

16  of faith, in the sense of we're receiving information from

17  the primary source being someone who would have a clear

18  motive to generate any information that could be helpful to

19  them.  And, often, that is information that goes to the

20  detriment of other inmates.  It is hearsay that goes beyond

21  the oral testimony of someone who has been placed under oath

22  and on the witness stand in front of Your Honor and subject

23  to cross-examination.

24     So I do think there is attenuation of credibility there

25  that deserves come consideration.  And, particularly, since

1   the allegations themselves are so incendiary, that is a

2   concern.  And they would add points as obstructive --

3   obstruction of justice.

4         THE COURT:  Ms. Zack, do you and your colleague want

5   to respond?

6         MS. ZACK:  Yes, Your Honor.

7     First of all, we believe that the individuals that

8   provided this information did provide credible information.

9   They were not provided any special treatment for the

10   information that they provided.  In fact, all of them said

11   they were willing to provide that information with nothing

12   in return.

13     Additionally, there was a phone call that was a recorded

14   phone call from the jail between Mr. Gandy and Minor Victim

15   One, where he was offering him money to change his

16   testimony.  That there were threats made against myself,

17   made against the victims and --

18         THE COURT:  In this telephone call?

19         MS. ZACK:  No, no, no.  The threats were based on

20   different individuals that were, in fact, interviewed by the

21   FBI.  302s were provided to defense counsel.  And,

22   obviously, it was not made a part of the trial as it was not

23   necessary to prove the elements of the crime charged.

24     But, again, we believe that based on a preponderance of

25   the evidence standard and based on the information provided

1   and the fact that it was vetted by the FBI, and there is a

2   phone call in support of the contact with MV One, we believe

3   that that objection should be also overruled.

4           THE COURT:  Do you -- your client wishes to speak

5   with you.  Do you want to talk to him?

6           MR. BUCKLEY:  The -- I've heard just now from

7   Mr. Gandy some additional input.  I think I would say that,

8   in conclusion, Mr. Gandy, through his counsel, denies that

9   he committed those acts that relate to the conduct in the

10  FDC.

11          THE COURT:  The Court hears --

12          MR. BUCKLEY:  May I visit one more time?

13          THE COURT:  Yes.

14              (Counsel confers with the defendant.)

15          MR. BUCKLEY:  Mr. Gandy wishes the Court to

16  understand that he insists that the interpretation of the

17  phone call that has been referenced by Ms. Zack is -- has

18  been misconstrued; and that the money was not being offered

19  for an elicit or obstructive purpose, and there was no money

20  offered.

21          THE COURT:  All right.  Thank you.

22      The Court has carefully reviewed the presentence report

23  and considered the information described there, as well as

24  information relating to -- which includes the information

25  relating to this specific telephone call.

1    I find no basis to Mr. Gandy's objections in this case.

2  There is no basis to find that the several sources of

3  information from within the FDC, which -- and there is no

4  indication of any kind of collaboration in confecting any

5  reason or any reason to confect or inflate information that

6  is harmful to Mr. Gandy or any reason to present it to the

7  FBI other than that it, in fact, occurred.

8    And the information that ranged from information of

9  Mr. Gandy's inappropriate behavior towards other inmates in

10  prison or in custody, as well as the information as to

11  attempts to obstruct justice, information about threats

12  made, information about the telephone call that is not

13  dependent, obviously, on any witness testimony or informant

14  statement, the Court finds that that is more than sufficient

15  and more than sufficiently reliable to meet the necessary

16  standards.  The objection is overruled.

17    There is a request for a variance downwards because of

18  Mr. Gandy's stress and -- although he is competent, and the

19  diagnosis that he has of essentially being -- having a

20  severe personality disorder, which is different from

21  incompetence.  Far different.

22    Putting aside that request for a moment and looking just

23  at the guideline calculations, the guideline ranges are

24  life.  The statutory maximum is:  On Count 1, not less than

25  ten years to life.  Count 2, not less than 15 years or more

1   than 30.  Count 3, not less than five or more than 20.  And

2   Counts 4, 5, 6, and 7, not less than 10 to life per count.

3       There is a fine range.  But in light of the high amount

4   of restitution that victims will be entitled to, once all of

5   that information is gathered, in all likelihood, there is no

6   ability to also pay a fine and I'm not going to impose one.

7       There is a mandatory special assessment of $700 for the

8   counts of conviction.

9       The criminal history category is I.  The range is what I

10  have announced.  The court adopts the PSR and directs it be

11  made part of this record, along with the statements and

12  other written materials I've received.

13      And at this time the order of proceeding is a little

14  unclear, but perhaps best served by having the victims speak

15  first.  And then Mr. Buckley and Mr. Kretzer and Ms. Zack

16  and Mr. Gandy can include that in their response.

17      So you may be seated until the victims have an

18  opportunity to testify.

19          THE DEFENDANT:  May I speak?

20          THE COURT:  Ask your lawyer first.

21          THE DEFENDANT:  I don't believe it's fair that I

22  can't call my witnesses.  I have witnesses.

23          THE COURT:  Who are your witnesses?

24          THE DEFENDANT:  Daniel Salinas, Marvin Ross.

25  There's several witnesses that I want to have, including

1 friends and family from -- that I know that I would like --

2          THE COURT:  Are friends and family here?

3          MR. BUCKLEY:  Yes, Your Honor.

4          THE DEFENDANT:  But now, not everyone is here.

5          THE COURT:  You don't need everyone.  Friends and

6 family are going to talk about character or issues like

7 that, I'll hear.

8      Who here from Mr. Gandy's family who is willing to

9 testify?

10          MR. BUCKLEY:  I have Mr. Joe Gandy, Mr. Gandy's

11 father; Ms. Julie Gandy, Mr. Gandy's stepmother; Mr. David

12 Gandy, his brother.  And I know another gentleman with DPS,

13 who I don't expect will testify.  And I haven't consulted

14 with the Gandy family as to their willingness --

15          THE COURT:  All right.  Why don't you do that.

16 After the victims, if they're willing to do so and it is not

17 cumulative.

18      I understand from the PSR that Mr. Gandy is not close to

19 his brother.  So I'll hear from the father and stepmother if

20 they are willing to testify.

21          MR. BUCKLEY:  Yes, Your Honor.

22          THE COURT:  Thank you.  Please be seated.

23          THE DEFENDANT:  May I speak?

24          THE COURT:  Please be seated.

25      May I have the victims who wish to speak stand, please.

1   Please come forward, sir.  I would like you both to come

2   forward -- all three of you to come forward to be sworn, and

3   then have two of you be seated and the first will begin to

4   make any statements you wish.

5              (The victims were put under oath.)

6              THE COURT:  All right.  Would you please tell me

7   your names.

8              VICTIM NO. 1:   ████████████

9              VICTIM NO. 2:   █████████████

10             VICTIM NO. 3:   ████████████████

11             THE COURT:  All right.  The two of you should be

12  seated.  You guys pick.

13      You can adjust that mic to come closer to you, sir.  Go

14  ahead, please.  State your name, please, sir.

15             VICTIM NO. 1:   █████████████

16      It took me a while to think about what exactly I wanted

17  to say today.  I thought, after a while, all of this would

18  just go away and I wouldn't have to think about it anymore.

19  As time passed, I would slowly just forget it all.  For some

20  reason, I can't forget about it.  I can't move on.  I can't

21  let it go.  I'm now 27, and over a decade has gone by since

22  the day I met Jason.

23      Everyone always says that time heals all wounds, but I

24  stand in front of you feeling like I just split open my

25  wound.  I feel that they never really closed and they never

1   really healed.

2       I think about times before this when I used to be this

3   fun, bright, loving, silly young man.  I was fearless.  I

4   thought I could do anything.  I was invincible with big

5   dreams and goals.  I trusted and loved.  These are feelings

6   and traits that I never thought people could lose and have

7   taken from them.  So I never thought that losing them would

8   change me entirely.

9       Now I feel I will never be that person again.  I feel I

10  am cold.  I have a wall up.  I don't trust.  And, certainly,

11  it's hard for me to love.  My life after Jason flew before

12  my eyes, and I wish I could take all those years back and

13  not suffer through them.  I wish I can live freely and

14  innocent again, but I can't.  I have to move on and try to

15  make the best out of my future with what scars I carry.

16      Because of what has been done to me, I for so long felt

17  as though I wasn't deserving of anything.  I felt like I was

18  just an item or a piece of meat.  I lost all innocence and I

19  lost respect for myself.

20      I was a high schooler who had been kicked out of his home

21  for being gay.  And I thought I was entering a home for kids

22  like me.  Little did I know that I was going to be tricked

23  into prostitution and loss of my innocence and carefree

24  ways.

25      I thought that it was okay for people to use my body in

exchange for money.  I thought it was normal.  I thought
that this was a way of life because this is what Jason told
me, it was okay.  Even though I found ways to cope, I've
struggled my entire life to try and get to the goals and
dreams that I have for myself.

I tried to drown out my memory with alcohol.  With the
drinking came anxiety and depression.  With anxiety and
depression came the inability to work and finish college.
Not having money and food, I turned to things that I felt
were what I deserved and all that I was worth; sex work and
men who treated me like nobody.

I wanted to kill myself.  I felt like nothing.  I thought
that if I could just die, I wouldn't hurt anymore.  I could
end all my suffering.  I would be lying if I told you that
these thoughts don't cross my mind from time to time.  I
would be lying if I said that I don't turn to the bottle
from time to time to feel numb and try to forget all of
this.

I'm here today looking for that opportunity to allow my
wounds to heal.  When the arrest happened in 2012, I
immediately felt terrible.  Not for Jason, but for all the
other victims.  If I had just said something to a law
enforcement then, if I had just said something, maybe we
wouldn't be here.  But we are here today.  I'm so thankful
for the officer who noticed that something was wrong.

1    I have no doubt in my mind that if he wasn't caught, he

2    would have done this until the day he died.  I feel and have

3    felt for so long that I was no longer the person that I

4    wanted to be.  I felt chained mentally to the long months of

5    memories.

6        If this is something that I have to deal with for the

7    rest of my life, I think it's only right for Jason to deal

8    and suffer in prison for the rest of his.  I don't find him

9    as a threat to myself anymore, because I am now older.  I am

10   no longer the young teenager who couldn't support himself.

11   I'm no longer a victim.  I'm a survivor, and this is my

12   statement.

13           THE COURT:  Thank you, sir.

14       Are there questions by either prosecution or the defense?

15           MS. ZACK:  Nothing from the United States, Your

16   Honor.

17           MR. BUCKLEY:  Nothing from us, Your Honor.

18           THE COURT:  All right.  Thank you.

19       Victim No. 2, please.

20       And has U.S. Attorney provided notice to all of the

21   victims?

22           MS. ZACK:  Yes, we have, Your Honor.

23           THE COURT:  These are the three who wish to make a

24   statement, in addition to the written materials provided?

25           MS. ZACK:  Yes, Your Honor.

1      THE COURT:  Thank you.

2      VICTIM NO. 3 (in order):  Good afternoon.  I'm a

3  little choked up.

4      THE COURT:  Name first, please, sir.  Sorry.

5      VICTIM NO. 3:  ███████.

6      THE COURT:  Take your time.

7      VICTIM NO. 3:  I thought this was done in my life.

8  But I'm glad it came to light, because I realized that I

9  hadn't processed it yet.  I just kind of numbed it.  Even

10  today, I'm not going to lie, I don't have malice.  I don't

11  want anyone to suffer.  But I know that this would be a

12  criminal offense that would repeat itself and for people

13  whose lives will forever be impacted, myself included.

14    You know, I struggle every day.  I don't have the luxury

15  of being confined for my protection on suicide watch.  I

16  have to fight every day to live for myself.  And it's hard

17  sometimes.  It's easier to forget about it.

18    But I think, for the benefit of society at large, that

19  maximum punishment is really the only solace I can have.  I

20  can grieve with this.  I can process this.  I can get

21  better.  But I just don't want it to happen to anyone else.

22    I can't say anything else.

23      THE COURT:  Thank you, ███████.

24    Any questions?

25      MS. ZACK:  The United States has no questions.

1      MR. BUCKLEY:  Nothing from us, Your Honor.

2      THE COURT:  Thank you.

3      VICTIM NO. 2:  My name is ███████████.

4   The first time I met Gandy was on Pacific Street when I

5   was a homeless 18-year-old.  My first attraction of him was

6   I thought he was a kind person that was going to help me.  I

7   could get back on my feet.

8      I did not realize I was going to be entering into a life

9   of sexual servitude.  I hold onto a lot of hate for many

10  years.  There were times when I thought I couldn't live

11  anymore.  He denounced everything that was precious in my

12  life.  I told him that the client sodomized me and he didn't

13  do anything about it.  And he just said that when I got

14  older and uglier, that it was something I would desire.

15     I would be lying if I said I did not hate him.  Hate was

16  the only thing that kept me going.  Hate was the only thing

17  that kept me awake.  That made me wake up, because I knew

18  eventually one day that justice was going to catch up to

19  him.

20     I'm so happy that today is one day where I feel truly

21  alive, and I feel less than apathetic.  And for the first

22  time, I'm starting to feel emotions that I haven't felt.

23     That's it.

24      MS. ZACK:  The United States has no questions, Your

25  Honor.

1      THE COURT:  Thank you, sir.

2      MR. BUCKLEY:  Nothing from us, Your Honor.

3      THE COURT:  All right.  Thank you.

4  Do you want to call witnesses?

5      MR. BUCKLEY:  May I confer briefly, Your Honor?

6      THE COURT:  You may.

7      (Counsel confers with the defendant's family.)

8      MR. BUCKLEY:  Your Honor, after consulting with the

9  available witnesses, the consensus among all is that they

10  would decline to testify on Mr. Gandy's behalf.

11      And if I may proffer their rationale, it's that they

12  understand that by providing words of support, they would be

13  subject to cross-examination.  And they simply do not have

14  any explanation that they can offer that's beyond what is in

15  their support letters that would be productive for

16  Mr. Gandy.

17      So it is in support of him that they're declining.  And

18  with one caveat, that David Gandy, his brother, did want to

19  correct the misimpression, if there is one, that he's not

20  close.

21      THE COURT:  All right.  That's fine.  The Court will

22  view that as corrected and now accurately stated.  The Court

23  accepts their decisions.  The Court has read their letters.

24  And they are, of course, part of this record.

25      MR. BUCKLEY:  Thank you, Your Honor.

THE COURT:  All right.  The Court has adopted the PSR and directed that it be made part of this record.  We've heard from the victims.

And at this time, I think I would like to hear any statement that Mr. Buckley wishes to offer, Mr. Kretzer, and then Mr. Gandy, and then I'll hear from the government.

MR. BUCKLEY:  Thank you, Your Honor.

I will not -- I think the record has become clear and the Court's rulings have become clear with regard to the offense conduct.  So I won't belabor oration about that.  But I do think it's worthwhile to comment on some of the peripheral information in this case and peripheral things that have happened, and which is also addressed in the motion for downward departure or variance.

That is that Mr. Gandy, as he's been diagnosed with borderline personality disorder, with potentially some other personality disorder associated with it, is exactly the type of person who, in addition to the offense conduct would, through his disability, invoke the ire of anyone who would come into contact with him.  And I say that not meant to be disparaging to Mr. Gandy.  But I think it is clear from the history of this case, that people within the FDC, some of Mr. Gandy's past lawyers, have become at odds with Mr. Gandy.  And that is simply the nature of borderline personality disorder.

1    I don't testify as an expert today on that subject,

2    except that I have in my 20 years of experience encountered

3    several remarkable cases of it.  And these are people who do

4    not enjoy their disorder.  They see their interactions with

5    others in ways that are different than a rational person

6    would.  As a result, they become alienated.  They are

7    continually tortured by other's reactions to their thoughts

8    and their conduct.

9    And so with regard to that, as it would be easy for any

10   of us to look at Mr. Gandy's interactions and the

11   frustrations that we've had with many of them as being

12   additional justification for a more punishment of Mr. Gandy,

13   as someone we would characterize as a bad or difficult

14   person.  I would encourage the Court to recognize that those

15   are the very features that come with this disorder that

16   Mr. Gandy has not asked for, nor do I suspect he enjoys

17   having.

18   With regard to that, there is case law from around the

19   country, as I've cited in the motion for downward variance,

20   that recognizes that when conditions of confinement are

21   objectively harsh that there is a justification, in the

22   Court's discretion, to depart downward to produce a shorter

23   sentence, with the recognition that day-for-day is more

24   difficult than it would be in a typical -- perhaps I would

25   use the term "heartland" sentence that is contemplated by

1   the guidelines or under 3553(a).

2       And in this case, it's a little bit of a twist on that,

3   because the -- Mr. Gandy has voiced a number of concerns

4   with the objective quality of his incarceration.  I know the

5   Court has heard those.  And those have been the subject of

6   some discussion over the last six-and-a-half years.

7       In addition to that, what I think is clear, and I proffer

8   this to the Court that I do believe Mr. Gandy is under a

9   significant amount of emotional distress as a result of his

10  confinement and some of the conditions that he's been placed

11  under; which, of course, come back to the response that he

12  gets from being someone with borderline personality

13  disorder.

14      So in that sense, Mr. Gandy's experience, as someone

15  afflicted with this thought disorder, is analogous to the

16  experience of someone who is subjected to objectively harsh

17  conditions.  So I would ask the Court, without getting into

18  the quantification of what I think that is worth, to address

19  that in the best way that Your Honor can.

20          THE COURT:  What do you recommend is the appropriate

21  sentence?

22          MR. BUCKLEY:  I knew that Your Honor may ask that

23  question.

24      Well, I know that we're at 360 to life.  And I think a

25  sentence that would allow Mr. Gandy to know that there is a

1   light at the end of the tunnel, wherever that light is,

2   would enable him to have an existence that is punitive; that

3   for a period of time is incapacitating; and that also allows

4   him to not be tortured with a reality that he will never

5   again have an opportunity to exist in free society.

6       So I would say, Your Honor, that a sentence of less than

7   360 months would be --

8           THE COURT:  That would be 359 months.  Are you

9   asking for something in the neighborhood of 240 months?

10          MR. BUCKLEY:  I would, Your Honor.  I think that

11  would be -- a sentence in excess of 240 months would be

12  greater than necessary to achieve the objectives of 3553(a).

13          THE COURT:  All right.

14          MR. BUCKLEY:  Thank you, Your Honor.  I don't know

15  if Mr. Kretzer has anything.  Sorry.

16          THE COURT:  Mr. Kretzer, is there anything you want

17  to add?

18          MR. KRETZER:  Nothing further, Judge.

19          THE COURT:  All right.  Mr. Gandy?  Go ahead,

20  please.

21          THE DEFENDANT:  I haven't read this thing.  I got

22  about halfway through, and then I was rushed over here to go

23  to sentencing.  I do feel a lot of people --

24          THE COURT:  You had an opportunity this morning to

25  read it, as well as other opportunities in the past.

1    So go ahead.

2         THE DEFENDANT:  I'm listening to my lawyers speak.

3    It's making a lot of sense.  I feel a lot of people hate me.

4    It's -- I guess there is something wrong with me, for me to

5    be hated by so many people.

6         I don't get to read my presentence report.  I don't get

7    to have witnesses on my behalf.  I don't get to spend much

8    time -- every time my lawyers visit, no offense to them, I

9    feel like they're doing the best they can.  I feel they

10   can't wait to leave when they visit me.  It makes you want

11   to kill yourself.  And I've tried more times than I can

12   count.  I've tried to drowned.  I've tried hanging myself.

13   I've cut myself everywhere I can.

14        I feel that maybe these victims would like me to kill

15   myself.  ████ is nodding his head no.

16        MR. BUCKLEY:  Don't address the victims.

17        THE DEFENDANT:  It would just be great to know they

18   don't want me to kill myself.  I don't know if ██ wants me

19   to kill myself.

20        THE COURT:  They're under no obligation to respond.

21        THE DEFENDANT:  They're under no obligation to ask

22   that.

23        THE COURT:  Go ahead, Mr. Gandy.  Keep going.

24        THE DEFENDANT:  But I'm upset that I haven't died in

25   my last suicide attempts, based on the way I'm treated by

1   everyone that I come in contact with.  I'm sorry I'm still
2   alive.  I hope that, one day, a suicide attempt will be
3   successful, and I won't have to be in a situation like this
4   ever again.

5       I wanted to call some witnesses up here that were my
6   suicide companions, I've spent the last 89 days.  If you add
7   that, with 618 days that I've already spent on suicide
8   watch, and solitary confinement over the last six-and-a-half
9   years at FDC Houston, it's 707 days in solitary confinement.

10      According to the United Nations, anything over 15 days is
11  considered torture in solitary confinement.  Right now, on
12  day 89.  I'm sure when I go back to prison, they're going to
13  put me back in a cell where I did not have a shower this
14  morning.  The shower is turned off.  I can't shower.  I
15  can't brush my teeth.  I can't use a spoon to eat.  I have
16  to eat like a dog.  I feel like an animal.

17      Every day, I'm freezing.  I feel -- I have poor
18  circulation since I was a kid.  I remember feeling needles
19  in my hands when I would go to sleep.  And so when you're
20  really cold and you try to stand up when you're cold, your
21  ankles roll over and you can't walk.  So that's why I missed
22  my legal visit is because I was so cold.  When they came, my
23  nose was running.  I was sneezing.  I didn't want to get
24  them sick.

25      They told me when I went into suicide watch, you're going

1  to get sick.  All we're going to do is give you Tylenol.

2  Because it's freezing cold and you're naked.  You're just

3  going to sit like that.

4      I know ████ said it was a luxury to be on suicide

5  watch --

6          MR. BUCKLEY:  Don't --

7          THE DEFENDANT:  All you can think about is dieing

8  when you're on suicide watch.  You don't want to live like

9  that.  You crave any way to end the torture.

10     When I was growing up, my mom told me my dreams were --

11 my hands, I felt like needles were poking.  I felt like they

12 were really big.  I told me mom that.  And she said maybe

13 "Jason" means "healer" in Hebrew.  Maybe you're meant to

14 heal people with your hands.  I went to massage school and I

15 got my license.  I was very good at massage.

16     In fact, the owner of the school named Erica Liktor

17 (phonetic), who was in a German death camp when she was a

18 little girl, her and I connected.  She was a very nice lady

19 who said I was the best student on my intern paperwork,

20 which the government seized all my paperwork.

21     I have no access to my legal documents.  I feel that is

22 because I'm hated.  I have no access to property that was

23 seized from my house, which -- so I don't have anything to

24 bring to show you, because I've been on suicide watch.  I

25 have no legal doc -- anyway.  She wrote on my intern

1    paperwork that I was the best student she ever trained; that
2    I did my own therapy very well.  She enjoyed teaching me
3    massage.  And ██████ said, during my court, that the massage
4    were very scientific.  That they were -- there is no
5    sucking, no fucking, no kissing during these massages.
6        I'm not accused of making people do prostitution as it
7    was spoken, I just heard.  I've never wanted anyone -- in
8    fact, I've known escorts who make $200 an hour -- I charged
9    $80 an hour -- who have sex --
10            MR. BUCKLEY: --
11            THE DEFENDANT:  I want to finish.  I don't care --
12    who have sex for money.  I do massage for money.  I've never
13    asked any of these people to do anything but massage.
14        If there is something that they wanted to do other than
15    massage -- and I wasn't there to stop them.  I understand I
16    can't do that.
17        In fact, when I moved to San Diego -- and I lived in San
18    Diego in 2007 summertime, when ██████████ said he went to
19    my house.  And I don't understand why he would lie.
20        I have documentation, but my attorneys didn't spend
21    enough time to get that documentation that I was in a house
22    on Hillside Drive, I believe was the name of the street, in
23    San Diego.  And I rented a trailer park when I bought a -- I
24    bought a 2007 Tundra in the summer of 2007, and I bought a
25    toy hauler in the summer of 2007.  I went back to Texas in

1   August -- in October of 2007.  So what he's saying is not

2   true.

3       And I believe -- I noticed they dried up as soon as they

4   sat back down.  Had smiles on.  Some of them smiling a

5   little bit.  I believe that it's possible that these people

6   are saying things negative to try to get the restitution.

7   Like you said, I'm going to have no money left once I'm done

8   with this.  Because they'll take so much money, you won't

9   require me to pay any fees or whatever.

10      If I can do anything to make them feel better.  I don't

11  like that they got up there and cried.  I care about every

12  one of them.  In fact, I wrote a will.  If I kill myself,

13  they'll get all my money.  I care about every one of them.

14  I hope that happens, because I don't want to go through life

15  in prison.

16      I want to turn my house into assisted living home.  I

17  feel, since I've gotten so close to death in these attempts,

18  that -- and that's why I wanted to bring some witnesses

19  that's been with me on suicide watch.  One of them is Dana

20  Salinas.  His mom is 70 years old.  He would love to have

21  his mom come live in my assisted living home.  I have a lot

22  of ideas on, if I was older, how I would want to be treated

23  in assisted living home.  I'm hoping that my house doesn't

24  get taken away and that I do get to leave prison one day.

25  And without any kind of hope to get out, which it sounds

1    like I'm going to get life today, I don't see myself living

2    through a prison term.

3        I've spent the last 90 days in suicide watch.  Talking is

4    kind of weird.  Being around human beings is weird.  I'm

5    locked in a cell where all I have to talk to is mostly

6    people who don't like me.  I only have one suicide companion

7    that liked talking to me.  He got fired for talking to me.

8    An officer named Ms. Scion (phonetic) fired him.  And then

9    she called me a pedophile, which I can't believe an officer

10   can tell an inmate that I'm a pedophile, and then tell them

11   not to talk to me and then they get fired.  Then she became

12   my suicide companion.  That hurt real bad to have someone

13   who hates me that much, sitting in front of me for three

14   hours just basically torturing me worse than I'm already

15   tortured.

16       I'm sorry, whatever he was talking about, I never knew

17   that until now.  I didn't know what the diagnosis was when I

18   was in Butner in -- my lady that was my psychologist

19   retired -- or moved.  So I didn't really get to spend enough

20   time with her to find out what the final thing was that was

21   wrong with me.  I apologize for everything that they said

22   about me, and there is many things that are not true.

23       And I'm hoping that -- I'm sorry.  I'm really sorry for

24   hurting you.  Never -- my whole life, I like helping people.

25   That's why I went to massage field.  I can put myself in

1   other people's shoes, and I can feel their pain.

2       And that's why when my mom was dying of cancer in 2008,

3   when she told me where her cancer was, I felt like I had

4   cancer in that same spot.  It hurt to be around my mom, but

5   I felt like I was dying.  That is my biggest regret in life.

6   ███████ carried my mom up the beach-house steps in Pirates

7   Beach.  That's the last memory I have of my mom before she

8   passed away in 2008.

9       And 2005, when she got cancer, I think my guard went

10  down.  I no longer had somebody that really, really, really

11  loved me more than anybody.  My guard went down as far as

12  being able to have someone to call when I'm at the grocery

13  store.  Or I remember a lot of times, when I call my mom and

14  ask her about what I should do in certain situations, like

15  when --

16          THE COURT:  Mr. Gandy, I think we're getting a

17  little off topic.

18          THE DEFENDANT:  I'm trying to get to where my mental

19  illness came from.

20          THE COURT:  I don't think that any of us can know

21  where it came from.  The records are clear.  You may, of

22  course, continue with your statement within limits;

23  reasonable limits that are pertinent to the issues that I

24  have to address and the decisions I need to make.

25          THE DEFENDANT:  I'm not upset for you telling me you

```
 1   don't care and --
 2           THE COURT:  Mr. Gandy, just finish your statement
 3   please, sir.  I'm giving you that opportunity.
 4           THE DEFENDANT:  It's really hard to talk when no one
 5   wants to hear me talk.
 6           THE COURT:  Mr. Gandy, finish your statement,
 7   please.  You have that opportunity.  We are all listening.
 8           THE DEFENDANT:  I'm trying to -- I can't talk about
 9   my mom?  What part am I getting off topic?
10           MR. BUCKLEY:  May I counsel with Mr. --
11           THE COURT:  Please.
12               (Counsel confers with the defendant.)
13           THE DEFENDANT:  I'm sorry for talking too long.  I
14   have no one to talk to.  It's hard to explain, being on
15   suicide watch as well.
16       I would like to ask Your Honor -- the plea deal Sherri
17   offered me, I regret not listening to my lawyers.  Ten
18   years, it was a great plea deal.  I'd ask for you to please
19   bless me and not hit me too hard over the head with that
20   hammer, because Sherri is well aware of all of these things
21   and offered me ten years.  I'm really sorry that I didn't
22   take the plea deal.
23       I'm very -- I wish -- if these victims were allowed
24   later, once you hit me the hammer, to make contact with me.
25   And I've been told sometimes victims want to do that.  I
```

1  would appreciate the opportunity to speak with them and help

2  them in every way I can.  I'm upset that they're upset.

3      I'm going off --

4          THE COURT:  Thank you, Mr. Gandy.

5          THE DEFENDANT:  Please give me the lowest possible

6  sentence and know that I do want to be a better member of

7  society and have a chance to open an assisted living home

8  and do better things with my life.  There's a lot of things

9  I could have done better with my life.  When it comes to

10 crossroads, I always take wrong turn.  Like right now I'm

11 doing it, because they're telling me to sit down.  I'll sit

12 down.  I apologize for taking up so much time.

13         THE COURT:  That's fine.  Thank you.

14     Ms. Zack, briefly.  I've heard a lot.

15         MS. ZACK:  Your Honor, just to correct the record,

16 it's not 360 to life.  It's life.  There is nothing about

17 this case that takes it out of the heartland in a downward

18 departure or variance area.

19     With all due respect to Mr. Buckley and all his research,

20 I think what became very clear, again, here today is that

21 Mr. Gandy casts himself as a victim.

22     You heard from some incredibly brave young men who came

23 forward, who told this Court what this has done to them.

24 You sat through a trial and heard that.

25     And let's talk about what people get sentenced to in

1   these types of cases, so as not to create a disparity.

2   Recently, Judge Hanks, and within the last two years,

3   sentenced Charles Fulton to life.  Why?  Because he did

4   exactly what Mr. Gandy did, but his victims were female.

5   They were young impressionable girls who were used by

6   Mr. Fulton to make Mr. Fulton money and to support

7   Mr. Fulton in a lifestyle to which he wanted.  And he got

8   life.  And those girls testified at trial.

9       Mr. Gandy was made a plea offer, and he's right.  But

10  that was before we knew about the other victims.  That was

11  in relation, at that point, to not only Minor Victim One,

12  but we had information about adult victims.  We ultimately

13  uncovered other victim information.  And at that time,

14  Mr. Gandy denied that.

15      The one incredible thing that I think this Court needs to

16  take away from this is Mr. Gandy isn't sorry about what he

17  did.  He's never shown an iota of remorse for what these

18  individuals have suffered.  They have lived through

19  dependency issues, both drug and alcohol.  They have

20  struggled.  And yet, they have all made something of their

21  lives.

22      He's offended that someone called him a pedophile.  Well,

23  that's what you call people who are sexually attracted to

24  children.  What he did was manipulate those children.  He

25  has sat in this courtroom today and attempted to do it

1    again.  He is staring at them.  He's asking them for

2    forgiveness.  He wants to be forgiven.  Yet, he isn't sorry

3    for a thing he's done.

4        If society needs to be protected from somebody, it is

5    somebody like Mr. Gandy.  And this Court has an opportunity

6    to make sure that he never gets out.  There is nothing in

7    his history that under 3553(a) would support a downward

8    variance.  His mental illness, he has shown no indication

9    that he wants to get better at all.  In fact, he aggravates

10   the situation repeatedly.  He likes being the victim.  He

11   likes all the attention.  He likes to complain about it.

12   And he is going to continue to do that, and he is going to

13   do that in the FDC.  He's going to do that wherever BOP

14   sends him, because that is who he is.  He is a master

15   manipulator who has gotten away with it up until this point.

16       And this Court has an opportunity, on behalf of the

17   victims who are here, those that are not here and those that

18   we never heard from that we know are out there, to make sure

19   that he cannot do this again.

20       There is nothing a life sentence, in this case, that

21   would take this out of the heartland.  We have recently

22   sentenced an individual, Yasmine Joseph, to 22 years, one

23   victim.  Roger Maldonado, 35 years, two victims.  Bobbie

24   Barrett, two victims, 35 years.

25       And I could go on and on with cases just within the

1   Southern District of Texas that would support a life

2   sentence for Mr. Gandy, given the number of victims and the

3   period of time that his crimes stretched out over.

4       So the United States, Your Honor, would ask that you

5   sentence him to life in prison.  Thank you.

6           THE COURT:  Thank you.

7       Anything further from your side?

8           MR. BUCKLEY:  Nothing further from us, Your Honor.

9           THE COURT:  All right.  Thank you.

10      This case has been difficult for everyone from the

11  outset.  It has been a challenge on a number of levels.  But

12  the hardest one is seeing Mr. Gandy and the impact of what

13  he has done, who he is, what drives him or motivates him on

14  those he has used and abused, and on himself.

15      He is not a victim.  I'm not suggesting that.  Whether he

16  is evil because he is evil -- and the most evil among us is

17  the person who is willing to exploit and harm others for his

18  or her own gratification or enrichment of whatever form.

19  Whether he is evil because he is evil or because he is

20  disordered or both is a metaphysical medical issue beyond

21  the competence of this Court and perhaps anyone right now.

22      This Court is obligated today to fashion a sentence that

23  will serve the guideline objectives of punishment,

24  incapacitation, deterrence; if possible, rehabilitation.

25  Although that is, for many years now, realistically viewed

1  as aspirational and often beyond the reach of what is a

2  penological institution.  And to serve and recognize that

3  3553(a) factors that focus on the nature of the offense, its

4  duration, and the nature of the person.  None of those

5  reflect well on Mr. Gandy.

6      Mr. Gandy has been proven to be an abuser of human

7  beings, vulnerable human beings.  Their testimony was

8  agonizing for them and for those who now share some of their

9  experience.  Mr. Gandy says he's empathetic.  Mr. Gandy's

10  life does not reflect that.  It betrays it.

11      So what do I do with the fact that Mr. Gandy is diagnosed

12  as disordered, but in ways that make him evil.  Mr. Gandy is

13  far from stupid.  The record shows that.  His own statements

14  show that.  His college records show that.  Mr. Gandy does

15  manipulate some of what he complains about.  The conditions

16  of his confinement are the result of his manipulative

17  efforts to delay, defer, avoid, minimize the trial, the

18  consequences, and this day.

19      They have not succeeded in doing anything but delay and

20  making Mr. Gandy's own situation worse than it needs to be.

21  But that is no one's fault but Mr. Gandy's.  And his

22  willingness to abuse, exploit, and harm others has

23  manifested itself in prison, in custody.  When he has a

24  record of attacking other inmates, sexually abusing them.

25  That was why he was put in solitary to begin with.

1    THE DEFENDANT:  No, that's not true.

2    THE COURT:  So, Mr. Gandy, what is the appropriate

3  response for me as the Judge, based on what the jury found,

4  which the Court has found amply supported, based on what

5  your lawyers have presented, what the government has

6  presented, what the victims have said?

7    And thank you and thank the family members for the

8  letters and for being here today.  It was not easy for

9  family or friends, much less the victims.  And the Court

10 understands that.

11   But how does all this translate to the length of time

12 that Mr. Gandy will serve in prison?  Government wants life.

13 The government cites not only the nature of the conduct but

14 also the danger that Mr. Gandy, despite the passage of time

15 and effects of age, will be unable to resist some forms of

16 continued torture of vulnerable and minor victims.

17   Mr. Gandy is not a young man, by any means.  He's already

18 spent a significant amount of time in prison.  But going

19 forward, what is the total?  The only advantage of something

20 less than life is that it does extend some hope.  And the

21 Court is not careless about that.  Hope matters.  If there

22 is a leavener, a reducer of evil, it may be the presence of

23 hope.  Again, that is beyond my competence.

24   The Court believes that the combination of the guidelines

25 and the 3553(a) factors and all of the massive information

1   before this Court and the people who have seen this record

2   unfold, that the appropriate sentence is:  360 months on

3   Count 2; 240 months on Count 3; and on Counts 4, 5, 6 and 7,

4   360 months, for a total of 360 months.

5      That is not life, but it is not short and it should not

6   be.  Punishment demands it.  Incapacitation and the need for

7   safety demands it.  Deterrence, which may be only

8   incapacitation in this case, demands it.  And it is this

9   Court's judgment.  The terms are to be concurrent.

10      When you're released from prison, you'll be on supervised

11  release for life as to each of those counts to run

12  concurrently.  Within 72 hours of your release from the

13  Bureau of Prisons, you must report in person to the

14  probation office and the district to which you're released.

15      During supervised release, you must comply with all the

16  conditions.  They include that you not commit any federal,

17  state, or local crime.  They also include that you comply

18  with the requirements of the Sex Offender Registration and

19  Notification Act as directed by the probation officer, the

20  Bureau of Prisons, or any state sex offender registration

21  agency in any state in which you reside, work, or a student

22  or were convicted of a qualifying offense.

23      You must not possess or use computers, as defined in the

24  statute, or other electronic communications or data storage

25  devices or media that are not disabled to prevent you from

accessing any kind of pornographic -- child pornographic site.

You must submit your computers or other electronic communications or data storage devices or media to a search. And that may be done at the direction of the probation officer at a time to be, and place and date as the probation -- and frequency as the probation officer decides.

You may not have any direct contact with any child you know or reasonably should know to be under 18, including any children that you may have, without the advanced permission of the probation officer.  If you do so without the permission, you must report this contact to the probation officer within 24 hours.  Direct contact includes written communication, in-person communication, or physical contact. It does not include incidental contact during daily, ordinary activities in public places.

You may not view or possess any visual depiction, including any photograph, film, video picture, or computer or computer-generated image or picture of sexually explicit conduct.

You must submit to a polygraph or similar testing at the probation officer's discretion as a means of ensuring compliance with the requirements of supervised release.

You may also -- you must also participate in plethysmograph testing, as a part of the required

1   participation in the sex-offender-specific assessment or

2   treatment.

3       The probation officer's search of the computer includes

4   searches for the purpose of determining whether you have any

5   prohibited data, whether the monitoring software is working

6   correctly, and whether there have been any means to

7   circumvent it, avoid it, or disable it.  You must warn any

8   other people who are using your computers that they may be

9   subject to searches under this condition.

10      The Sex Offender Treatment Program is also required.  It

11  is a mental health treatment and sex offender treatment

12  program provided by a registered sex offender treatment

13  provider.  This may include group or individual counseling

14  sessions, various screens and tests to assist in treating

15  and monitoring, all to be administered by the sex offender

16  treatment contractor, the counselors, the mental health

17  providers or their designees.

18      You must participate as instructed and abide by all of

19  the policies and procedures of the program until you are

20  released by the directors of the program and the probation

21  officer who, in consultation with the treatment provider,

22  will supervise your participation in the program.  You will

23  incur the costs associated with the program, and that's

24  based on your ability to pay as the probation officer

25  determines.

1    You do not have any right -- you give up your right to

2  have the records for the mental health treatment imposed, as

3  a consequence of this judgment, to be maintained as

4  confidential.  Instead, the probation officer may review the

5  course of treatment and progress with the treatment advisor

6  and may provide the pertinent information, if the mental

7  health provider or a mental health provider requests to have

8  access to that information.

9    You may have no contact with victims or their families,

10  including letters, communication, any kind of electronic

11  communication whatsoever, without the -- including any visit

12  or contact through a third party, without the prior written

13  consent of the treatment -- of the probation officer.

14    We've already talked about the mental health treatment

15  program.  It's not limited to sex offender treatment.  It

16  can extend to other mental health aspects.

17    Same conditions.  You must take all the medications that

18  are prescribed by your treating physician and pay the costs

19  if you're financially able to do so.  You must participate

20  in any program that you're directed to by the probation

21  officer in consultation with the treatment provider and,

22  again, pay the costs if you're financially able to do so.

23    Restitution will be determined in the future when all the

24  information is received and made part of this judgment.  I

25  find no ability to pay the fine in addition to restitution.

1  I'm waiving the fine.  Mr.  Gandy must pay the $700

2  mandatory assessment, due immediately.  The balance due in

3  payments of the greater of $25 a quarter or 50 percent of

4  any wages earned in prison.  Any balance will be paid in

5  monthly installments, after supervised release begins 60

6  days after beginning, of $300 per month.  Payments are to be

7  made through the United States District Clerk of the

8  Southern District of Texas.

9      Is there any request for designation to a particular

10  facility?

11          MR. BUCKLEY:  We would request Bastrop, Your Honor.

12  And, of course, because of the other issues, the BOP may

13  send him somewhere else entirely.

14          THE COURT:  I will recommend the facility that, in

15  the judgment of the BOP, will best address the opportunities

16  that may be beneficial for mental health counseling and

17  similar kinds of support for Mr. Gandy, but will also meet

18  his -- the security needs that he presents.

19      To the extent family visitation facilitation is a

20  workable goal, I recommend that the Bureau consider that as

21  well.

22      Anything else?

23          MR. BUCKLEY:  No, Your Honor.

24          THE PROBATION OFFICER:  Just to clarify.  Was there

25  a sentence pronounced on Count 1?

1       THE COURT:  Probably not.  Let me make sure.

2  It's also 360 months.

3       THE PROBATION OFFICER:  Thank you, Your Honor.

4       THE COURT:  Again, concurrently to the other

5  sentences.

6  Thank you very much.

7       MR. BUCKLEY:  May we be excused, Your Honor?

8       MS. ZACK:  Nothing further.

9       THE COURT:  Mr. Gandy, you do have a right to

10  appeal.  If you want to file an appeal, you must file your

11  notice of intent to do so within 14 days from the date the

12  judgment is entered.  If you want a lawyer to represent you

13  on the appeal and you cannot afford one, you may ask the

14  Court to appoint one.

15  Do you understand those rights, sir?

16       THE DEFENDANT:  Yes, ma'am.

17       THE COURT:  All right.  Yes, you are excused.

18

19

20

21

22         (Proceedings concluded.)

23

24

25

1                    C E R T I F I C A T E

2

3              I hereby certify that pursuant to Title 28,

4    Section 753 United States Code, the foregoing is a true and

5    correct transcript of the stenographically reported

6    proceedings in the above matter.

7                    Certified on January 11, 2018.

8

9              s/ Nichole Forrest
10             Nichole Forrest, RDR, CRR, CRC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$200** [1] - 34:8
**$25** [1] - 49:3
**$300** [1] - 49:6
**$700** [2] - 18:7, 49:1
**$80** [1] - 34:9

## 1

**1** [4] - 17:24, 20:8, 20:15, 49:25
**10** [1] - 18:2
**10:00** [1] - 9:25
**10th** [1] - 10:12
**11** [1] - 51:7
**11:07** [1] - 9:25
**14** [1] - 50:11
**15** [2] - 17:25, 32:10
**16** [5] - 2:22, 2:23, 3:6, 9:14
**18** [2] - 1:12, 46:9
**18-year-old** [1] - 25:5

## 2

**2** [5] - 17:25, 20:9, 23:19, 25:3, 45:3
**20** [3] - 3:18, 18:1, 28:2
**2005** [1] - 37:9
**2007** [5] - 34:18, 34:24, 34:25, 35:1
**2008** [2] - 37:2, 37:8
**2012** [1] - 22:20
**2018** [4] - 3:18, 4:2, 7:6, 51:7
**2108** [1] - 1:12
**22** [1] - 41:22
**24** [1] - 46:13
**240** [3] - 30:9, 30:11, 45:3
**27** [1] - 20:21
**28** [1] - 51:3

## 3

**3** [6] - 18:1, 20:10, 24:2, 24:5, 24:7, 45:3
**30** [4] - 4:2, 4:24, 7:6, 18:1
**302s** [1] - 15:21
**35** [2] - 41:23, 41:24
**3553(a** [3] - 41:7, 43:3, 44:25
**3553(a)** [2] - 29:1, 30:12

## 359

**359** [1] - 30:8
**360** [7] - 29:24, 30:7, 39:16, 45:2, 45:4, 50:2

## 4

**4** [2] - 18:2, 45:3
**4-12-cr-00503-1** [1] - 1:4

## 5

**5** [2] - 18:2, 45:3
**50** [1] - 49:3

## 6

**6** [2] - 18:2, 45:3
**60** [1] - 49:5
**618** [1] - 32:7

## 7

**7** [2] - 18:2, 45:3
**70** [1] - 35:20
**707** [1] - 32:9
**72** [1] - 45:12
**753** [1] - 51:4

## 8

**89** [3] - 7:21, 32:6, 32:12

## 9

**90** [1] - 36:3
**9:30-ish** [1] - 9:19

## A

**abide** [1] - 47:18
**ability** [3] - 18:6, 47:24, 48:25
**able** [5] - 11:6, 12:2, 37:12, 48:19, 48:22
**abuse** [1] - 43:22
**abused** [1] - 42:14
**abuser** [1] - 43:6
**abusing** [1] - 43:24
**accepts** [1] - 26:23
**access** [4] - 12:8, 33:21, 33:22, 48:8
**accessing** [1] - 46:1

**according** [1] - 32:10
**accurately** [1] - 26:22
**accused** [1] - 34:6
**achieve** [1] - 30:12
**Act** [2] - 12:23, 45:19
**activities** [1] - 46:16
**acts** [1] - 16:9
**add** [7] - 6:20, 7:10, 14:12, 14:14, 15:2, 30:17, 32:6
**addition** [5] - 6:25, 23:24, 27:18, 29:7, 48:25
**additional** [5] - 4:17, 12:17, 14:15, 16:7, 28:12
**additionally** [1] - 15:13
**address** [5] - 6:11, 29:18, 31:16, 37:24, 49:15
**addressed** [1] - 27:13
**addressing** [1] - 4:15
**adjust** [1] - 20:13
**administer** [1] - 10:7
**administered** [1] - 47:15
**admitted** [1] - 14:6
**adopted** [1] - 27:1
**adopts** [1] - 18:10
**adult** [1] - 40:12
**advanced** [1] - 46:10
**advantage** [1] - 44:19
**advisor** [1] - 48:5
**afflicted** [1] - 29:15
**afford** [1] - 50:13
**afternoon** [1] - 24:2
**age** [1] - 44:15
**agency** [1] - 45:21
**aggravates** [1] - 41:9
**ago** [2] - 5:24, 8:13
**agonizing** [1] - 43:8
**ahead** [5] - 2:8, 20:14, 30:19, 31:1, 31:23
**alcohol** [2] - 22:6, 40:19
**alienated** [1] - 28:6
**alive** [2] - 25:21, 32:2
**allegations** [6] - 11:16, 11:20, 11:22, 13:8, 14:4, 15:1
**alleged** [1] - 14:7
**allow** [2] - 22:19, 29:25
**allowed** [3] - 3:11, 7:20, 38:23
**allowing** [1] - 3:5
**allows** [1] - 30:3
**AMERICA** [1] - 1:4

**amount** [3] - 18:3, 29:9, 44:18
**ample** [1] - 14:5
**amply** [2] - 14:4, 44:4
**analogous** [1] - 29:15
**animal** [1] - 32:16
**ankles** [1] - 32:21
**Ann** [1] - 1:15
**announced** [1] - 18:10
**answer** [1] - 5:14
**answers** [1] - 5:16
**antiseptic** [1] - 10:7
**anxiety** [1] - 22:7
**anyway** [1] - 33:25
**apathetic** [1] - 25:21
**apologize** [2] - 36:21, 39:12
**appeal** [3] - 50:10, 50:13
**appear** [2] - 5:15, 6:4
**appearance** [1] - 3:7
**APPEARANCES** [1] - 1:14
**appearances** [1] - 2:8
**appeared** [2] - 12:4, 12:5
**apply** [1] - 12:4
**appoint** [1] - 50:14
**appointment** [1] - 7:16
**appreciate** [1] - 39:1
**approaching** [1] - 6:7
**appropriate** [5] - 5:19, 10:8, 29:20, 44:2, 45:2
**area** [1] - 39:18
**arranged** [1] - 12:24
**arrest** [1] - 22:20
**arrived** [1] - 4:23
**aside** [1] - 17:22
**aspect** [1] - 14:7
**aspects** [1] - 48:16
**aspirational** [1] - 43:1
**assessment** [4] - 6:10, 18:7, 47:1, 49:2
**assist** [2] - 4:15, 47:14
**assisted** [4] - 35:16, 35:21, 35:23, 39:7
**associated** [2] - 27:17, 47:23
**attacking** [1] - 43:24
**attempt** [1] - 32:2
**attempted** [1] - 40:25
**attempts** [3] - 17:11, 31:25, 35:17
**attention** [2] - 13:5, 41:11
**attenuation** [1] - 14:24
**Attorney** [1] - 23:20
**attorneys** [2] - 8:14,

34:20
**attracted** [1] - 40:23
**attraction** [1] - 25:5
**August** [1] - 35:1
**available** [2] - 5:23, 26:9
**avoid** [2] - 43:17, 47:7
**awake** [1] - 25:17
**aware** [4] - 6:11, 6:18, 13:12, 38:20

## B

**bad** [2] - 28:13, 36:12
**balance** [2] - 49:2, 49:4
**Barrett** [1] - 41:24
**based** [7] - 15:19, 15:24, 15:25, 31:25, 44:3, 44:4, 47:24
**basis** [3] - 14:6, 17:1, 17:2
**Bastrop** [1] - 49:11
**bath** [1] - 10:21
**bathe** [2] - 7:23, 10:21
**beach** [1] - 37:6
**Beach** [1] - 37:7
**beach-house** [1] - 37:6
**became** [2] - 36:11, 39:20
**become** [4] - 27:8, 27:9, 27:23, 28:6
**begin** [2] - 20:3, 43:25
**beginning** [1] - 49:6
**begins** [1] - 49:5
**behalf** [6] - 2:9, 2:12, 12:24, 26:10, 31:7, 41:16
**behavior** [1] - 17:9
**beings** [3] - 36:4, 43:7
**belabor** [1] - 27:10
**believes** [1] - 44:24
**beneficial** [1] - 49:16
**benefit** [1] - 24:18
**best** [8] - 4:4, 18:14, 21:15, 29:19, 31:9, 33:19, 34:1, 49:15
**betrays** [1] - 43:10
**better** [6] - 24:21, 35:10, 39:6, 39:8, 39:9, 41:9
**between** [2] - 5:9, 15:14
**beyond** [6] - 14:12, 14:20, 26:14, 42:20, 43:1, 44:23
**big** [2] - 21:4, 33:12
**biggest** [1] - 37:5

**bit** [2] - 29:2, 35:5
**bless** [1] - 38:19
**Bobbie** [1] - 41:23
**body** [1] - 21:25
**BOP** [5] - 5:22, 6:6, 41:13, 49:12, 49:15
**borderline** [3] - 27:16, 27:24, 29:12
**bottle** [1] - 22:16
**bought** [3] - 34:23, 34:24
**brave** [1] - 39:22
**break** [1] - 11:5
**briefly** [3] - 4:22, 26:5, 39:14
**bright** [1] - 21:3
**bring** [4] - 9:18, 13:4, 33:24, 35:18
**broad** [1] - 11:13
**brother** [3] - 19:12, 19:19, 26:18
**brush** [1] - 32:15
**BUCKLEY** [38] - 2:11, 2:18, 2:21, 3:21, 6:3, 6:17, 6:24, 7:4, 11:8, 11:12, 12:3, 12:19, 13:23, 14:14, 16:6, 16:12, 16:15, 19:3, 19:10, 19:21, 23:17, 25:1, 26:2, 26:5, 26:8, 26:25, 27:7, 29:22, 30:10, 30:14, 31:16, 33:6, 34:10, 38:10, 42:8, 49:11, 49:23, 50:7
**Buckley** [9] - 1:17, 2:12, 2:15, 4:24, 5:21, 11:5, 18:15, 27:5, 39:19
**Bulger** [1] - 1:15
**Bureau** [3] - 45:13, 45:20, 49:20
**Butner** [1] - 36:18

## C

**calculations** [1] - 17:23
**camp** [1] - 33:17
**cancer** [4] - 37:2, 37:3, 37:4, 37:9
**cannot** [3] - 3:8, 41:19, 50:13
**care** [5] - 10:8, 34:11, 35:11, 35:13, 38:1
**carefree** [1] - 21:23
**carefully** [1] - 16:22
**careless** [1] - 44:21
**carried** [1] - 37:6

**carry** [2] - 14:15, 21:15
**Case** [1] - 1:4
**case** [10] - 14:1, 17:1, 27:12, 27:22, 28:18, 29:2, 39:17, 41:20, 42:10, 45:8
**cases** [3] - 28:3, 40:1, 41:25
**casts** [1] - 39:21
**catch** [1] - 25:18
**categories** [1] - 11:9
**category** [5] - 11:15, 11:19, 14:9, 18:9
**caught** [1] - 23:1
**caveat** [1] - 26:18
**cell** [3] - 10:10, 32:13, 36:5
**Cellphone** [1] - 3:20
**Center** [1] - 11:21
**certain** [1] - 37:14
**certainly** [2] - 6:13, 21:10
**Certified** [1] - 51:7
**certify** [1] - 51:3
**chained** [1] - 23:4
**challenge** [2] - 14:9, 42:11
**chance** [1] - 39:7
**change** [2] - 15:15, 21:8
**character** [1] - 19:6
**characterize** [3] - 4:4, 11:13, 28:13
**charged** [2] - 15:23, 34:8
**charges** [1] - 14:11
**Charles** [1] - 40:3
**check** [1] - 8:21
**CHIEF** [1] - 1:3
**child** [2] - 46:1, 46:8
**children** [3] - 40:24, 46:10
**choked** [1] - 24:3
**circulation** [1] - 32:18
**circumvent** [1] - 47:7
**cited** [1] - 28:19
**cites** [1] - 44:13
**clarify** [1] - 49:24
**cleaned** [1] - 10:8
**clear** [9] - 7:1, 7:7, 14:17, 27:8, 27:9, 27:21, 29:7, 37:21, 39:20
**Clerk** [1] - 49:7
**client** [2] - 16:4, 25:12
**close** [3] - 19:18, 26:20, 35:17
**closed** [1] - 20:25

**closer** [1] - 20:13
**Code** [1] - 51:4
**coffee** [1] - 10:16
**cold** [5] - 21:10, 32:20, 32:22, 33:2
**collaboration** [1] - 17:4
**colleague** [1] - 15:4
**college** [2] - 22:8, 43:14
**combination** [1] - 44:24
**comment** [1] - 27:11
**commit** [1] - 45:16
**committed** [1] - 16:9
**communication** [4] - 46:14, 48:10, 48:11
**communications** [3] - 6:2, 45:24, 46:4
**companion** [2] - 36:6, 36:12
**companions** [1] - 32:6
**competence** [2] - 42:21, 44:23
**competency** [1] - 6:12
**competent** [2] - 6:15, 17:18
**complain** [1] - 41:11
**complains** [1] - 43:15
**compliance** [1] - 46:23
**comply** [2] - 45:15, 45:17
**computations** [1] - 5:8
**computer** [4] - 1:23, 46:18, 46:19, 47:3
**computer-generated** [1] - 46:19
**computers** [3] - 45:23, 46:3, 47:8
**concentrate** [1] - 6:8
**concern** [3] - 2:24, 14:7, 15:2
**concerns** [2] - 6:6, 29:3
**concluded** [1] - 50:22
**conclusion** [1] - 16:8
**concur** [2] - 6:3, 6:9
**concurrent** [1] - 45:9
**concurrently** [2] - 45:12, 50:4
**condition** [1] - 47:9
**conditions** [6] - 28:20, 29:10, 29:17, 43:15, 45:16, 48:17
**conduct** [11] - 11:16, 11:17, 13:8, 14:4, 14:7, 16:9, 27:10, 27:18, 28:8, 44:13, 46:20

confect [1] - 17:5
confecting [1] - 17:4
confer [1] - 26:5
conference [1] - 2:24
confers [3] - 16:14, 26:7, 38:12
confidential [3] - 11:20, 14:10, 48:4
confined [1] - 24:15
confinement [6] - 28:20, 29:10, 32:8, 32:9, 32:11, 43:16
connected [1] - 33:18
consensus [1] - 26:9
consent [1] - 48:13
consequence [1] - 48:3
consequences [1] - 43:18
consider [1] - 49:20
consideration [1] - 14:25
considered [2] - 16:23, 32:11
consisted [1] - 2:20
consultation [2] - 47:21, 48:21
consulted [1] - 19:13
consulting [1] - 26:8
contact [11] - 16:2, 27:20, 32:1, 38:24, 46:8, 46:12, 46:13, 46:14, 46:15, 48:9, 48:12
contemplated [1] - 28:25
continually [1] - 28:7
continue [2] - 37:22, 41:12
continued [1] - 44:16
contractor [1] - 47:16
conversation [1] - 6:1
convicted [1] - 45:22
conviction [1] - 18:8
cope [1] - 22:3
copy [5] - 3:7, 4:10, 4:25, 9:18
correct [3] - 26:19, 39:15, 51:5
corrected [1] - 26:22
correctly [1] - 47:6
costs [3] - 47:23, 48:18, 48:22
Counsel [3] - 10:13, 16:14, 26:7
counsel [11] - 4:17, 6:10, 6:22, 12:1, 13:12, 15:21, 16:8, 38:10, 38:12
counseling [2] -

47:13, 49:16
counselors [1] - 47:16
Count [6] - 17:24, 17:25, 18:1, 45:3, 49:25
count [2] - 18:2, 31:12
counterproductive [2] - 13:1, 13:4
country [1] - 28:19
Counts [2] - 18:2, 45:3
counts [4] - 5:9, 5:10, 18:8, 45:11
course [7] - 4:7, 12:20, 26:24, 29:11, 37:22, 48:5, 49:12
COURT [94] - 1:1, 2:5, 2:7, 2:14, 2:19, 4:21, 5:3, 5:6, 5:11, 5:15, 5:18, 6:13, 6:19, 7:1, 7:9, 7:13, 7:22, 8:1, 8:4, 8:6, 8:10, 8:16, 8:22, 9:2, 9:5, 9:9, 9:12, 9:15, 9:20, 9:24, 10:6, 10:13, 10:20, 10:24, 11:1, 11:3, 11:11, 11:25, 12:7, 12:16, 13:6, 13:22, 13:25, 15:4, 15:18, 16:4, 16:11, 16:13, 16:21, 18:20, 18:23, 19:2, 19:5, 19:15, 19:22, 19:24, 20:6, 20:11, 23:13, 23:18, 23:23, 24:1, 24:4, 24:6, 24:23, 25:2, 26:1, 26:3, 26:6, 26:21, 27:1, 29:20, 30:8, 30:13, 30:16, 30:19, 30:24, 31:20, 31:23, 37:16, 37:20, 38:2, 38:6, 38:11, 39:4, 39:13, 42:6, 42:9, 44:2, 49:14, 50:1, 50:4, 50:9, 50:17
court [5] - 2:3, 3:7, 9:2, 18:10, 34:3
Court [35] - 1:19, 1:20, 3:9, 4:20, 4:23, 6:10, 11:2, 13:12, 14:1, 14:2, 14:3, 16:11, 16:15, 16:22, 17:14, 26:21, 26:22, 26:23, 27:1, 28:14, 29:5, 29:8, 29:17, 39:23, 40:15, 41:5, 41:16, 42:21, 42:22, 44:4, 44:9, 44:21, 44:24, 45:1, 50:14
Court's [4] - 13:5,

27:9, 28:22, 45:9
courtroom [3] - 4:23, 10:14, 40:25
crave [1] - 33:9
CRC [2] - 1:19, 51:10
create [1] - 40:1
credibility [1] - 14:24
credible [3] - 13:17, 13:20, 15:8
cried [1] - 35:11
crime [2] - 15:23, 45:17
crimes [1] - 42:3
criminal [2] - 18:9, 24:12
cross [3] - 14:23, 22:15, 26:13
cross-examination [2] - 14:23, 26:13
crossroads [1] - 39:10
CRR [2] - 1:19, 51:10
cumulative [1] - 19:17
cup [1] - 10:16
custody [3] - 9:6, 17:10, 43:23
cut [1] - 31:13

# D

daily [1] - 46:15
Dana [1] - 35:19
danger [1] - 44:14
DANIEL [1] - 1:7
Daniel [1] - 18:24
data [3] - 45:24, 46:4, 47:5
date [2] - 46:6, 50:11
dates [1] - 12:14
David [2] - 19:11, 26:18
day-for-day [1] - 28:23
days [8] - 7:21, 32:6, 32:7, 32:9, 32:10, 36:3, 49:6, 50:11
deal [5] - 23:6, 23:7, 38:16, 38:18, 38:22
death [2] - 33:17, 35:17
decade [1] - 20:21
December [2] - 1:12, 9:17
decides [1] - 46:7
decision [2] - 4:6, 4:13
decisions [2] - 26:23, 37:24
decline [1] - 26:10
declining [1] - 26:17
defendant [2] - 16:14, 38:12

Defendant [2] - 1:8, 1:17
DEFENDANT [36] - 7:11, 7:15, 7:24, 8:3, 8:5, 8:8, 8:12, 8:25, 9:4, 9:8, 9:11, 9:13, 9:16, 9:21, 10:4, 10:23, 18:19, 18:21, 18:24, 19:4, 19:23, 30:21, 31:2, 31:17, 31:21, 31:24, 33:7, 34:11, 37:18, 37:25, 38:4, 38:8, 38:13, 39:5, 44:1, 50:16
defendant's [1] - 26:7
defense [2] - 13:12, 15:21, 23:14
defer [1] - 43:17
defined [2] - 6:12, 45:23
delay [2] - 43:17, 43:19
demands [3] - 45:6, 45:7, 45:8
denied [1] - 40:14
denies [1] - 16:8
denounced [1] - 25:11
depart [1] - 28:22
departure [2] - 27:14, 39:18
dependency [1] - 40:19
dependent [1] - 17:13
depiction [1] - 46:17
depression [2] - 22:7, 22:8
depth [1] - 6:1
described [1] - 16:23
description [1] - 6:21
deserved [1] - 22:10
deserves [1] - 14:25
deserving [1] - 21:17
designation [1] - 49:9
designees [1] - 47:17
desire [1] - 25:14
despite [1] - 44:14
details [1] - 11:16
Detention [1] - 11:21
determination [1] - 13:14
determined [2] - 6:15, 48:23
determines [1] - 14:3, 47:25
determining [1] - 47:4
deterrence [2] - 42:24, 45:7
detriment [1] - 14:20
devices [2] - 45:25, 46:4

**diagnosed** [2] - 27:15, 43:11
**diagnosis** [2] - 17:19, 36:17
**die** [1] - 22:13
**died** [2] - 23:2, 31:24
**Diego** [3] - 34:17, 34:18, 34:23
**dieing** [1] - 33:7
**difference** [1] - 5:9
**different** [4] - 15:20, 17:20, 17:21, 28:5
**difficult** [3] - 28:13, 28:24, 42:10
**difficulty** [1] - 2:25
**direct** [2] - 46:8, 46:13
**directed** [3] - 27:2, 45:19, 48:20
**direction** [1] - 46:5
**directors** [1] - 47:20
**directs** [1] - 18:10
**disability** [1] - 27:19
**disable** [1] - 47:7
**disabled** [1] - 45:25
**discretion** [2] - 28:22, 46:22
**discuss** [5] - 2:17, 3:24, 4:3, 4:9, 4:12
**discussed** [2] - 5:1, 5:3
**discussing** [1] - 10:2
**discussion** [5] - 4:4, 6:22, 11:6, 12:20, 29:6
**discussions** [2] - 3:14, 5:12
**disorder** [8] - 17:20, 27:16, 27:17, 27:25, 28:4, 28:15, 29:13, 29:15
**disordered** [2] - 42:20, 43:12
**disparaging** [1] - 27:21
**disparity** [1] - 40:1
**distress** [2] - 6:8, 29:9
**distressed** [1] - 6:5
**DISTRICT** [2] - 1:1, 1:2
**district** [1] - 45:14
**District** [5] - 1:20, 1:20, 42:1, 49:7, 49:8
**divulging** [1] - 8:17
**doc** [1] - 33:25
**document** [2] - 9:1, 9:3
**documentation** [2] - 34:20, 34:21
**documents** [1] - 33:21
**dog** [1] - 32:16
**done** [12] - 8:22, 12:5,

12:6, 21:16, 23:2, 24:7, 35:7, 39:9, 39:23, 41:3, 42:13, 46:5
**doubt** [1] - 23:1
**down** [5] - 35:4, 37:10, 37:11, 39:11, 39:12
**downward** [5] - 27:14, 28:19, 28:22, 39:17, 41:7
**downwards** [1] - 17:17
**DPS** [1] - 19:12
**dreams** [3] - 21:5, 22:5, 33:10
**dried** [1] - 35:3
**drinking** [1] - 22:7
**Drive** [1] - 34:22
**drives** [1] - 42:13
**drown** [1] - 22:6
**drowned** [1] - 31:12
**drug** [1] - 40:19
**due** [4] - 6:5, 39:19, 49:2
**duration** [1] - 43:4
**during** [9] - 3:6, 5:12, 6:15, 7:4, 8:1, 34:3, 34:5, 45:15, 46:15
**dying** [2] - 37:2, 37:5

**E**

**earned** [1] - 49:4
**easier** [1] - 24:17
**easy** [2] - 28:9, 44:8
**eat** [3] - 7:20, 32:15, 32:16
**eating** [1] - 12:13
**effects** [1] - 44:15
**effort** [1] - 4:9
**efforts** [1] - 43:17
**either** [2] - 5:12, 23:14
**electronic** [3] - 45:24, 46:3, 48:10
**elements** [1] - 15:23
**elicit** [1] - 16:19
**emotional** [1] - 29:9
**emotionally** [1] - 6:5
**emotions** [1] - 25:22
**empathetic** [1] - 43:9
**enable** [1] - 30:2
**encountered** [1] - 28:2
**encourage** [1] - 28:14
**end** [3] - 22:14, 30:1, 33:9
**enforcement** [1] - 22:23
**enjoy** [1] - 28:4
**enjoyed** [1] - 34:2

**enjoys** [1] - 28:16
**enrichment** [1] - 42:18
**ensuring** [1] - 46:22
**entered** [1] - 50:12
**entering** [2] - 21:21, 25:8
**entire** [2] - 13:18, 22:4
**entirely** [2] - 21:8, 49:13
**entirety** [1] - 3:17
**entitled** [1] - 18:4
**Erica** [1] - 33:16
**escorts** [1] - 34:8
**Esq** [4] - 1:15, 1:15, 1:17, 1:17
**essentially** [1] - 17:19
**eventually** [1] - 25:18
**everywhere** [1] - 31:13
**evidence** [7] - 13:9, 13:13, 13:20, 14:5, 14:8, 15:25
**evil** [7] - 42:16, 42:19, 43:12, 44:22
**exactly** [3] - 20:16, 27:17, 40:4
**examination** [3] - 6:16, 14:23, 26:13
**examined** [1] - 6:14
**except** [2] - 13:23, 28:2
**excess** [1] - 30:11
**exchange** [1] - 22:1
**excused** [2] - 50:7, 50:17
**exist** [1] - 30:5
**existence** [1] - 30:2
**expect** [1] - 19:13
**experience** [4] - 28:2, 29:14, 29:16, 43:9
**expert** [1] - 28:1
**explain** [1] - 38:14
**explanation** [1] - 26:14
**explicit** [1] - 46:19
**exploit** [2] - 42:17, 43:22
**expressed** [2] - 4:13, 12:23
**extend** [2] - 44:20, 48:16
**extended** [1] - 14:2
**extent** [1] - 49:19
**extremely** [1] - 6:5
**eyes** [1] - 21:12

**F**

**facilitate** [1] - 3:3

**facilitation** [1] - 49:19
**facility** [2] - 49:10, 49:14
**fact** [12] - 6:21, 13:16, 15:10, 15:20, 16:1, 17:7, 33:16, 34:8, 34:17, 35:12, 41:9, 43:11
**factors** [2] - 43:3, 44:25
**fair** [1] - 18:21
**faith** [1] - 14:16
**false** [1] - 11:24
**familiar** [1] - 14:1
**families** [1] - 48:9
**family** [9] - 19:1, 19:2, 19:6, 19:8, 19:14, 26:7, 44:7, 44:9, 49:19
**far** [4] - 13:11, 17:21, 37:11, 43:13
**fashion** [1] - 42:22
**father** [2] - 19:11, 19:19
**fault** [1] - 43:21
**faxed** [1] - 12:11
**faxes** [1] - 12:14
**FBI** [3] - 15:21, 16:1, 17:7
**FDC** [14] - 3:10, 3:19, 3:23, 4:3, 4:8, 4:16, 6:6, 8:21, 14:10, 16:10, 17:3, 27:22, 32:9, 41:13
**fearless** [1] - 21:3
**features** [1] - 28:15
**federal** [1] - 45:16
**Federal** [1] - 11:21
**feelings** [1] - 21:5
**fees** [1] - 35:9
**feet** [1] - 25:7
**fellow** [1] - 13:2
**felt** [13] - 4:6, 21:16, 21:17, 22:9, 22:12, 22:21, 23:3, 23:4, 25:22, 33:11, 37:3, 37:5
**female** [1] - 40:4
**field** [1] - 36:25
**fight** [1] - 24:16
**file** [2] - 50:10
**film** [1] - 46:18
**final** [2] - 4:9, 36:20
**financially** [2] - 48:19, 48:22
**fine** [6] - 18:3, 18:6, 26:21, 39:13, 48:25, 49:1
**finish** [5] - 7:12, 22:8, 34:11, 38:2, 38:6

**fired** [3] - 36:7, 36:8, 36:11
**first** [10] - 11:15, 13:7, 15:7, 18:15, 18:20, 20:3, 24:4, 25:4, 25:5, 25:21
**five** [1] - 18:1
**flew** [1] - 21:11
**floor** [1] - 10:12
**focus** [1] - 43:3
**following** [2] - 2:3, 3:2
**food** [1] - 22:9
**foregoing** [1] - 51:4
**forever** [1] - 24:13
**forget** [4] - 20:19, 20:20, 22:17, 24:17
**forgiven** [1] - 41:2
**forgiveness** [1] - 41:2
**form** [1] - 42:18
**forms** [1] - 44:15
**Forrest** [3] - 1:19, 51:9, 51:10
**forward** [5] - 20:1, 20:2, 39:23, 44:19
**frankly** [1] - 4:5
**free** [1] - 30:5
**freely** [1] - 21:13
**freezing** [2] - 32:17, 33:2
**frequency** [1] - 46:7
**friends** [4] - 19:1, 19:2, 19:5, 44:9
**front** [3] - 14:22, 20:24, 36:13
**frustration** [1] - 4:13
**frustrations** [1] - 28:11
**fucking** [1] - 34:5
**full** [2] - 2:16, 4:10
**Fulton** [4] - 40:3, 40:6, 40:7
**fun** [1] - 21:3
**future** [2] - 21:15, 48:23

**G**

**GANDY** [1] - 1:7
**Gandy** [78] - 2:5, 2:7, 2:12, 2:15, 2:25, 3:8, 3:9, 3:15, 3:24, 3:25, 4:3, 4:9, 4:11, 4:25, 5:11, 6:4, 6:13, 7:7, 7:10, 8:10, 10:21, 11:6, 11:17, 11:23, 12:1, 12:20, 12:23, 13:2, 15:14, 16:7, 16:8, 16:15, 17:6, 18:16, 19:10, 19:11,

19:12, 19:14, 19:18, 25:4, 26:16, 26:18, 27:6, 27:15, 27:21, 27:24, 28:12, 28:16, 29:3, 29:8, 29:25, 30:19, 31:23, 37:16, 38:2, 38:6, 39:4, 39:21, 40:4, 40:9, 40:14, 40:16, 41:5, 42:2, 42:12, 43:5, 43:6, 43:9, 43:11, 43:12, 43:14, 44:2, 44:12, 44:14, 44:17, 49:1, 49:17, 50:9
**Gandy's** [17] - 6:22, 7:2, 12:2, 12:8, 13:5, 17:1, 17:9, 17:18, 19:8, 19:11, 26:10, 27:23, 28:10, 29:14, 43:9, 43:20, 43:21
**gandy's** [1] - 19:10
**gathered** [1] - 18:5
**gay** [1] - 21:21
**generate** [1] - 14:18
**generated** [1] - 46:19
**gentleman** [2] - 12:3, 19:12
**German** [1] - 33:17
**girl** [1] - 33:18
**girls** [2] - 40:5, 40:8
**given** [4] - 2:15, 9:16, 9:21, 42:2
**glad** [1] - 24:8
**goal** [1] - 49:20
**goals** [2] - 21:5, 22:4
**government** [5] - 27:6, 33:20, 44:5, 44:12, 44:13
**gratification** [1] - 42:18
**great** [2] - 31:17, 38:18
**greater** [2] - 30:12, 49:3
**grieve** [1] - 24:20
**grocery** [1] - 37:12
**group** [2] - 5:9, 47:13
**grouping** [1] - 5:9
**growing** [1] - 33:10
**guard** [2] - 37:9, 37:11
**guess** [2] - 10:24, 31:4
**guideline** [5] - 5:8, 7:7, 17:23, 42:23
**guidelines** [3] - 7:2, 29:1, 44:24
**guys** [1] - 20:12

**H**

**half** [2] - 29:6, 32:8
**halfway** [1] - 30:22
**hammer** [2] - 38:20, 38:24
**handed** [1] - 7:17
**hands** [3] - 32:19, 33:11, 33:14
**hanging** [1] - 31:12
**Hanks** [1] - 40:2
**happy** [1] - 25:20
**hard** [5] - 21:11, 24:16, 38:4, 38:14, 38:19
**hardest** [1] - 42:12
**harm** [2] - 42:17, 43:22
**harmful** [2] - 8:17, 17:6
**harsh** [2] - 28:21, 29:16
**hate** [5] - 25:9, 25:15, 25:16, 31:3
**hated** [2] - 31:5, 33:22
**hates** [1] - 36:13
**hauler** [1] - 34:25
**head** [2] - 31:15, 38:19
**heal** [2] - 22:20, 33:14
**healed** [1] - 21:1
**healer** [1] - 33:13
**heals** [1] - 20:23
**health** [8] - 47:11, 47:16, 48:2, 48:7, 48:14, 48:16, 49:16
**hear** [5] - 19:7, 19:19, 27:4, 27:6, 38:5
**heard** [9] - 8:20, 16:6, 27:3, 29:5, 34:7, 39:14, 39:22, 39:24, 41:18
**HEARING** [1] - 1:9
**hearing** [1] - 12:17
**hears** [1] - 16:11
**hearsay** [1] - 14:20
**heartland** [2] - 28:25, 39:17, 41:21
**Hebrew** [1] - 33:13
**held** [2] - 2:3, 2:24
**help** [3] - 3:3, 25:6, 39:1
**helpful** [1] - 14:18
**helping** [1] - 36:24
**hereby** [1] - 51:3
**high** [2] - 18:3, 21:20
**Hillside** [1] - 34:22
**himself** [4] - 3:25, 23:10, 39:21, 42:14
**history** [3] - 18:9,

27:22, 41:7
**hit** [2] - 38:19, 38:24
**hold** [1] - 25:9
**holding** [1] - 10:10
**home** [6] - 21:20, 21:21, 35:16, 35:21, 35:23, 39:7
**homeless** [1] - 25:5
**Honor** [52] - 2:6, 2:10, 2:11, 2:13, 2:21, 2:22, 2:23, 3:2, 4:22, 6:3, 6:18, 6:25, 10:18, 10:25, 11:8, 12:3, 12:10, 12:11, 12:19, 12:25, 13:11, 13:14, 13:18, 14:15, 14:22, 15:6, 19:3, 19:21, 23:16, 23:17, 23:22, 23:25, 25:1, 25:25, 26:2, 26:5, 26:8, 26:25, 27:7, 29:19, 29:22, 30:6, 30:10, 30:14, 38:16, 39:15, 42:4, 42:8, 49:11, 49:23, 50:3, 50:7
**HONORABLE** [1] - 1:3
**hope** [6] - 32:2, 35:14, 35:25, 44:20, 44:21, 44:23
**hoping** [3] - 3:21, 35:23, 36:23
**hot** [2] - 7:24, 10:4
**hour** [7] - 5:25, 10:1, 10:13, 10:16, 11:1, 34:8, 34:9
**hours** [3] - 36:14, 45:12, 46:13
**house** [6] - 33:23, 34:19, 34:21, 35:16, 35:23, 37:6
**Houston** [2] - 1:11, 32:9
**human** [3] - 36:4, 43:6, 43:7
**hurt** [3] - 22:13, 36:12, 37:4
**hurting** [1] - 36:24
**hygiene** [1] - 12:9

**I**

**ideas** [1] - 35:22
**identified** [1] - 11:9
**illness** [2] - 37:19, 41:8
**image** [1] - 46:19
**immediately** [2] - 22:21, 49:2
**impact** [1] - 42:12

**impacted** [1] - 24:13
**impose** [1] - 18:6
**imposed** [1] - 48:2
**impressionable** [1] - 40:5
**in-depth** [1] - 6:1
**in-person** [1] - 46:14
**inability** [1] - 22:8
**inappropriate** [1] - 17:9
**incapacitating** [1] - 30:3
**incapacitation** [3] - 42:24, 45:6, 45:8
**incarceration** [1] - 29:4
**incendiary** [1] - 15:1
**incidental** [1] - 46:15
**include** [6] - 7:2, 18:16, 45:16, 45:17, 46:15, 47:13
**included** [1] - 24:13
**includes** [3] - 16:24, 46:13, 47:3
**including** [7] - 9:10, 13:9, 18:25, 46:9, 46:18, 48:10, 48:11
**incompetence** [1] - 17:21
**incredible** [1] - 40:15
**incredibly** [1] - 39:22
**incur** [1] - 47:23
**indicated** [2] - 3:16, 4:11
**indicating** [1] - 12:12
**indication** [3] - 6:11, 17:4, 41:8
**individual** [3] - 11:12, 41:22, 47:13
**individuals** [4] - 11:23, 15:7, 15:20, 46:18
**infection** [2] - 8:12, 10:5
**inflate** [1] - 17:5
**informant** [1] - 17:13
**informants** [2] - 11:20, 14:10
**information** [31] - 10:17, 12:8, 13:15, 13:19, 14:10, 14:16, 14:18, 14:19, 15:8, 15:10, 15:11, 15:25, 16:23, 16:24, 17:3, 17:5, 17:8, 17:10, 17:11, 17:12, 18:5, 27:12, 40:12, 40:13, 44:25, 48:6, 48:8, 48:24
**inmate** [1] - 36:10
**inmates** [4] - 13:2,

14:20, 17:9, 43:24
**innocence** [2] - 21:18, 21:23
**innocent** [1] - 21:14
**input** [1] - 16:7
**insists** [1] - 16:16
**installments** [1] - 49:5
**instead** [1] - 48:4
**institution** [1] - 43:2
**instructed** [2] - 3:2, 47:18
**intelligence** [1] - 5:18
**intent** [1] - 50:11
**interactions** [2] - 28:4, 28:10
**intern** [2] - 33:19, 33:25
**interpretation** [1] - 16:16
**interruption** [1] - 3:20
**interviewed** [1] - 15:20
**invincible** [1] - 21:4
**invoke** [1] - 27:19
**iota** [1] - 40:17
**iPad** [2] - 4:25, 5:1
**ire** [1] - 27:19
**issue** [3] - 7:13, 10:9, 42:20
**issues** [4] - 19:6, 37:23, 40:19, 49:12
**item** [1] - 21:18
**itself** [3] - 13:24, 24:12, 43:23

---

**J**

**jail** [1] - 15:14
**January** [1] - 51:7
**JASON** [1] - 1:7
**Jason** [6] - 20:22, 21:11, 22:2, 22:21, 23:7, 33:13
**Joe** [1] - 19:10
**join** [1] - 12:1
**Joseph** [1] - 41:22
**Judge** [3] - 30:18, 40:2, 44:3
**JUDGE** [1] - 1:3
**judgment** [5] - 45:9, 48:3, 48:24, 49:15, 50:12
**Julie** [1] - 19:11
**jury** [1] - 44:3
**justice** [5] - 11:22, 14:11, 15:3, 17:11, 25:18
**justification** [2] - 28:12, 28:21

---

**K**

**Keep** [1] - 31:23
**kept** [2] - 25:16, 25:17
**kicked** [1] - 21:20
**kid** [1] - 32:18
**kids** [1] - 21:21
**kill** [6] - 22:12, 31:11, 31:14, 31:18, 31:19, 35:12
**Kim** [1] - 2:9
**Kimberly** [1] - 1:15
**kind** [7] - 17:4, 24:9, 25:6, 35:25, 36:4, 46:1, 48:10
**kinds** [1] - 49:17
**kissing** [1] - 34:5
**knowledge** [1] - 6:17
**known** [1] - 34:8
**KRETZER** [8] - 2:13, 4:22, 5:5, 5:8, 5:13, 5:17, 5:20, 30:18
**Kretzer** [18] - 1:17, 2:12, 2:15, 3:7, 3:18, 3:23, 4:1, 4:2, 4:5, 7:4, 7:6, 9:10, 9:20, 11:5, 18:15, 27:5, 30:15, 30:16
**Kretzer's** [2] - 2:24, 6:9

---

**L**

**lady** [2] - 33:18, 36:18
**large** [1] - 24:18
**last** [11] - 7:4, 8:5, 8:10, 10:24, 29:6, 31:25, 32:6, 32:8, 36:3, 37:7, 40:2
**law** [3] - 6:12, 22:22, 28:18
**lawyer** [2] - 18:20, 50:12
**lawyers** [8] - 9:12, 9:13, 10:1, 27:23, 31:2, 31:8, 38:17, 44:5
**leading** [1] - 6:14
**least** [2] - 3:15, 5:25
**leave** [2] - 31:10, 35:24
**leavener** [1] - 44:22
**LEE** [1] - 1:3
**left** [2] - 4:1, 35:7
**legal** [3] - 32:22, 33:21, 33:25
**length** [1] - 44:11
**Leo** [2] - 1:15, 2:9

**less** [8] - 17:24, 17:25, 18:1, 18:2, 25:21, 30:6, 44:9, 44:20
**letters** [4] - 26:15, 26:23, 44:8, 48:10
**level** [1] - 14:15
**levels** [1] - 42:11
**license** [1] - 33:15
**lie** [2] - 24:10, 34:19
**life** [31] - 7:3, 7:8, 17:24, 17:25, 18:2, 21:11, 22:2, 22:4, 23:7, 24:7, 25:8, 25:12, 29:24, 35:14, 36:1, 36:24, 37:5, 39:8, 39:9, 39:16, 40:3, 40:8, 41:20, 42:1, 42:5, 43:10, 44:12, 44:20, 45:5, 45:11
**lifestyle** [1] - 40:7
**light** [4] - 18:3, 24:8, 30:1
**likelihood** [1] - 18:5
**likewise** [1] - 13:4
**Liktor** [1] - 33:16
**limited** [1] - 48:15
**limits** [2] - 37:22, 37:23
**listening** [3] - 31:2, 38:7, 38:17
**live** [5] - 21:13, 24:16, 25:10, 33:8, 35:21
**lived** [2] - 34:17, 40:18
**lives** [2] - 24:13, 40:21
**living** [5] - 35:16, 35:21, 35:23, 36:1, 39:7
**local** [1] - 45:17
**locked** [1] - 36:5
**log** [1] - 12:11
**logical** [1] - 5:18
**look** [3] - 10:7, 12:15, 28:10
**looked** [2] - 5:1, 12:2
**looking** [2] - 17:22, 22:19
**lose** [1] - 21:6
**losing** [1] - 21:7
**loss** [1] - 21:23
**lost** [2] - 21:18, 21:19
**love** [2] - 21:11, 35:20
**loved** [2] - 21:5, 37:11
**loving** [1] - 21:3
**lowest** [1] - 39:5
**lucid** [1] - 6:2
**luxury** [2] - 24:14, 33:4
**lying** [3] - 22:14, 22:16, 25:15

**Lynn** [1] - 1:15

**M**

**ma'am** [2] - 8:3, 50:16
**maintained** [1] - 48:3
**Maldonado** [1] - 41:23
**malice** [1] - 24:10
**man** [2] - 21:3, 44:17
**mandatory** [2] - 18:7, 49:2
**manifested** [1] - 43:23
**manipulate** [2] - 40:24, 43:15
**manipulative** [1] - 43:16
**manipulator** [1] - 41:15
**MARSHAL** [6] - 8:20, 8:24, 10:11, 10:18, 10:25, 12:10
**marshal's** [2] - 5:22, 9:6
**marshals** [5] - 7:17, 8:6, 8:14, 8:15, 8:19
**Marshals** [2] - 3:3, 3:4
**Marvin** [1] - 18:24
**massage** [8] - 33:14, 33:15, 34:3, 34:12, 34:13, 34:15, 36:25
**massages** [1] - 34:5
**massive** [1] - 44:25
**master** [1] - 41:14
**materials** [3] - 11:7, 18:12, 23:24
**matter** [4] - 2:5, 4:3, 12:19, 51:6
**matters** [2] - 4:15, 44:21
**maximum** [2] - 17:24, 24:19
**mean** [2] - 5:6, 5:25
**meaningful** [2] - 11:14, 13:3
**means** [4] - 33:13, 44:17, 46:22, 47:6
**meant** [2] - 27:20, 33:13
**meantime** [1] - 10:17
**meat** [1] - 21:18
**mechanical** [1] - 1:23
**media** [2] - 45:25, 46:4
**medical** [2] - 12:4, 42:20
**medications** [1] - 48:17
**meet** [3] - 3:23, 17:15, 49:17
**meeting** [3] - 2:25,

3:2, 4:6
**member** [1] - 39:6
**members** [1] - 44:7
**memories** [1] - 23:5
**memory** [2] - 22:6, 37:7
**men** [2] - 22:11, 39:22
**mental** [10] - 37:18, 41:8, 47:11, 47:16, 48:2, 48:6, 48:7, 48:14, 48:16, 49:16
**mentally** [1] - 23:4
**mention** [2] - 5:21, 6:4
**met** [3] - 9:17, 20:22, 25:4
**metaphysical** [1] - 42:20
**mic** [1] - 20:13
**mind** [2] - 22:15, 23:1
**mine** [1] - 3:21
**minimize** [1] - 43:17
**Minor** [2] - 15:14, 40:11
**minor** [1] - 44:16
**minutes** [2] - 4:24, 9:25
**misconstrued** [1] - 16:18
**misimpression** [1] - 26:19
**missed** [1] - 32:21
**mistreatment** [1] - 6:6
**mom** [10] - 33:10, 33:12, 35:20, 35:21, 37:2, 37:4, 37:6, 37:7, 37:13, 38:9
**moment** [1] - 17:22
**money** [11] - 15:15, 16:18, 16:19, 22:1, 22:9, 34:12, 35:7, 35:8, 35:13, 40:6
**monitoring** [2] - 47:5, 47:15
**month** [2] - 8:11, 49:6
**monthly** [1] - 49:5
**months** [11] - 10:24, 23:4, 30:7, 30:8, 30:9, 30:11, 45:2, 45:3, 45:4, 50:2
**morning** [9] - 2:10, 2:11, 2:13, 2:14, 4:23, 9:10, 12:13, 30:24, 32:14
**most** [3] - 4:19, 5:23, 42:16
**mostly** [1] - 36:5
**motion** [2] - 27:13, 28:19
**motivates** [1] - 42:13
**motive** [1] - 14:18

**move** [2] - 20:20, 21:14
**moved** [2] - 34:17, 36:19
**MR** [46] - 2:11, 2:13, 2:18, 2:21, 3:21, 4:22, 5:5, 5:8, 5:13, 5:17, 5:20, 6:3, 6:17, 6:24, 7:4, 11:8, 11:12, 12:3, 12:19, 13:23, 14:14, 16:6, 16:12, 16:15, 19:3, 19:10, 19:21, 23:17, 25:1, 26:2, 26:5, 26:8, 26:25, 27:7, 29:22, 30:10, 30:14, 30:18, 31:16, 33:6, 34:10, 38:10, 42:8, 49:11, 49:23, 50:7
**MS** [12] - 2:6, 2:9, 13:11, 15:6, 15:19, 23:15, 23:22, 23:25, 24:25, 25:24, 39:15, 50:8
**must** [13] - 45:13, 45:15, 45:23, 46:3, 46:12, 46:21, 46:24, 47:7, 47:18, 48:17, 48:19, 49:1, 50:10
**MV** [1] - 16:2

**N**

**naked** [1] - 33:2
**name** [4] - 20:14, 24:4, 25:3, 34:22
**named** [2] - 33:16, 36:8
**names** [1] - 20:7
**Nations** [1] - 32:10
**nature** [4] - 27:24, 43:3, 43:4, 44:13
**necessary** [3] - 15:23, 17:15, 30:12
**neck** [2] - 8:12, 12:2
**need** [4] - 6:11, 19:5, 37:24, 45:6
**needed** [1] - 12:5
**needles** [2] - 32:18, 33:11
**needs** [4] - 40:15, 41:4, 43:20, 49:18
**negative** [1] - 35:6
**neighborhood** [1] - 30:9
**never** [13] - 20:25, 21:6, 21:7, 21:9, 30:4, 34:7, 34:12, 36:16, 36:24, 40:17, 41:6,

41:18
**next** [1] - 10:1
**nice** [1] - 33:18
**Nichole** [3] - 1:19, 51:9, 51:10
**nichole_forrest@txs .uscourts.gov** [1] - 1:21
**NO** [8] - 20:8, 20:9, 20:10, 20:15, 24:2, 24:5, 24:7, 25:3
**nobody** [1] - 22:11
**none** [1] - 43:4
**normal** [1] - 22:1
**nose** [1] - 32:23
**notes** [1] - 2:23
**nothing** [15] - 6:24, 10:23, 13:23, 15:11, 22:12, 23:15, 23:17, 25:1, 26:2, 30:18, 39:16, 41:6, 41:20, 42:8, 50:8
**notice** [2] - 23:20, 50:11
**noticed** [2] - 22:25, 35:3
**Notification** [1] - 45:19
**November** [2] - 4:2, 7:6
**numb** [1] - 22:17
**numbed** [1] - 24:9
**number** [3] - 29:3, 42:2, 42:11
**nurse** [1] - 10:6

**O**

**oath** [2] - 14:21, 20:5
**objection** [4] - 13:7, 13:21, 16:3, 17:16
**objections** [2] - 11:10, 17:1
**objective** [1] - 29:4
**objectively** [2] - 28:21, 29:16
**objectives** [2] - 30:12, 42:23
**objects** [2] - 11:17, 11:23
**obligated** [1] - 42:22
**obligation** [2] - 31:20, 31:21
**obstruct** [1] - 17:11
**obstruction** [3] - 11:22, 14:11, 15:3
**obstructive** [2] - 15:2, 16:19
**obtain** [1] - 12:8

**obviously** [2] - 15:22, 17:13
**occasions** [1] - 6:14
**occurred** [1] - 17:7
**October** [3] - 3:18, 7:6, 35:1
**odds** [1] - 27:23
**OF** [3] - 1:2, 1:4, 1:10
**offended** [1] - 40:22
**Offender** [2] - 45:18, 47:10
**offender** [6] - 45:20, 47:1, 47:11, 47:12, 47:15, 48:15
**offense** [11] - 11:16, 11:17, 13:8, 14:4, 14:7, 24:12, 27:9, 27:18, 31:8, 43:3, 45:22
**offer** [4] - 6:24, 26:14, 27:5, 40:9
**offered** [4] - 16:18, 16:20, 38:17, 38:21
**offering** [1] - 15:15
**office** [1] - 45:14
**OFFICER** [2] - 49:24, 50:3
**officer** [14] - 6:10, 22:25, 36:8, 36:9, 45:19, 46:6, 46:7, 46:11, 46:13, 47:21, 47:24, 48:4, 48:13, 48:21
**officer's** [2] - 46:22, 47:3
**OFFICIAL** [1] - 1:10
**Official** [1] - 1:19
**often** [2] - 14:19, 43:1
**old** [1] - 35:20
**older** [3] - 23:9, 25:14, 35:22
**once** [3] - 18:4, 35:7, 38:24
**One** [3] - 15:15, 16:2, 40:11
**one** [22] - 5:21, 5:24, 10:13, 16:12, 18:6, 25:18, 25:20, 26:18, 26:19, 32:2, 35:12, 35:13, 35:19, 35:24, 36:6, 38:4, 38:14, 40:15, 41:22, 42:12, 50:13, 50:14
**one's** [1] - 43:21
**ones** [1] - 12:18
**open** [2] - 2:3, 20:24, 39:7
**opinion** [1] - 12:25
**opportunities** [4] - 2:20, 12:9, 30:25,

49:15
**opportunity** [17] - 2:16, 3:15, 6:21, 7:22, 9:16, 9:22, 10:15, 10:21, 18:18, 22:19, 30:5, 30:24, 38:3, 38:7, 39:1, 41:5, 41:16
**oral** [1] - 14:21
**oration** [1] - 27:10
**order** [2] - 18:13, 24:2
**ordinary** [1] - 46:16
**outline** [1] - 2:19
**outset** [1] - 42:11
**overruled** [3] - 13:21, 16:3, 17:16
**own** [4] - 34:2, 42:18, 43:13, 43:20
**owner** [1] - 33:16

## P

**Pacific** [1] - 25:4
**page** [1] - 5:2
**paid** [1] - 49:4
**pain** [1] - 37:1
**paper** [4] - 3:7, 9:1, 9:11, 9:13
**paperwork** [3] - 33:19, 33:20, 34:1
**paragraphs** [4] - 11:13, 11:15, 11:18, 11:19
**pardon** [1] - 7:6
**park** [1] - 34:23
**part** [8] - 12:16, 15:22, 18:11, 26:24, 27:2, 38:9, 46:25, 48:24
**participate** [1] - 46:24, 47:18, 48:19
**participation** [2] - 47:1, 47:22
**particular** [2] - 11:21, 49:9
**particularly** [2] - 13:1, 14:25
**parts** [3] - 5:2, 5:4, 5:7
**party** [1] - 48:12
**passage** [1] - 44:14
**passed** [2] - 20:19, 37:8
**past** [2] - 27:23, 30:25
**patiently** [1] - 7:11
**pay** [7] - 18:6, 35:9, 47:24, 48:18, 48:22, 48:25, 49:1
**payments** [2] - 49:3, 49:6
**pedophile** [3] - 36:9,

36:10, 40:22
**pen** [1] - 8:25
**penological** [1] - 43:2
**people** [18] - 21:6, 21:25, 24:12, 27:22, 28:3, 30:23, 31:3, 31:5, 33:14, 34:6, 34:13, 35:5, 36:6, 36:24, 39:25, 40:23, 45:1, 47:8
**people's** [1] - 37:1
**per** [2] - 18:2, 49:6
**percent** [1] - 49:3
**perhaps** [3] - 18:14, 28:24, 42:21
**period** [4] - 8:2, 14:2, 30:3, 42:3
**peripheral** [2] - 27:11, 27:12
**permission** [2] - 46:10, 46:12
**person** [10] - 21:9, 23:3, 25:6, 27:18, 28:5, 28:14, 42:17, 43:4, 45:13, 46:14
**personal** [2] - 6:17, 12:9
**personality** [5] - 17:20, 27:16, 27:17, 27:25, 29:12
**pertinent** [5] - 5:2, 5:3, 5:6, 37:23, 48:6
**phone** [4] - 15:13, 15:14, 16:2, 16:17
**phonetic** [2] - 33:17, 36:8
**photograph** [1] - 46:18
**physical** [1] - 46:14
**physician** [1] - 48:18
**pick** [1] - 20:12
**picture** [2] - 46:18, 46:19
**piece** [1] - 21:18
**Pirates** [1] - 37:6
**place** [1] - 46:6
**placed** [3] - 3:1, 14:21, 29:10
**places** [1] - 46:16
**Plaintiff** [2] - 1:5, 1:15
**plea** [4] - 38:16, 38:18, 38:22, 40:9
**plethysmograph** [1] - 46:25
**point** [2] - 40:11, 41:15
**points** [1] - 15:2
**poking** [1] - 33:11
**policies** [1] - 47:19
**polygraph** [1] - 46:21

**poor** [1] - 32:17
**pornographic** [2] - 46:1
**portion** [1] - 3:16
**possess** [3] - 3:11, 45:23, 46:17
**possible** [3] - 35:5, 39:5, 42:24
**potentially** [1] - 27:16
**precious** [1] - 25:11
**precise** [1] - 11:16
**preponderance** [3] - 13:13, 14:8, 15:24
**prescribed** [1] - 48:18
**presence** [1] - 44:22
**present** [3] - 3:25, 7:8, 17:6
**presented** [2] - 44:5, 44:6
**presentence** [11] - 2:16, 3:8, 3:24, 4:9, 4:10, 6:23, 9:9, 10:2, 11:7, 16:22, 31:6
**presents** [1] - 49:18
**PRESIDING** [1] - 1:3
**prevent** [1] - 45:25
**preventing** [1] - 8:14
**previous** [2] - 6:14, 12:14
**primary** [1] - 14:17
**prison** [12] - 17:10, 23:8, 32:12, 35:15, 35:24, 36:2, 42:5, 43:23, 44:12, 44:18, 45:10, 49:4
**Prisons** [2] - 45:13, 45:20
**probation** [15] - 13:16, 45:14, 45:19, 46:5, 46:7, 46:11, 46:12, 46:22, 47:3, 47:20, 47:24, 48:4, 48:13, 48:20
**PROBATION** [2] - 49:24, 50:3
**procedure** [1] - 12:4
**procedures** [1] - 47:19
**proceeding** [1] - 18:13
**proceedings** [2] - 2:3, 51:6
**PROCEEDINGS** [2] - 1:10, 2:1
**Proceedings** [2] - 1:23, 50:22
**process** [1] - 24:20
**processed** [1] - 24:9
**produce** [1] - 28:22
**produced** [1] - 1:23
**productive** [1] - 26:15
**proffer** [2] - 26:11,

29:7
**Program** [1] - 47:10
**program** [7] - 47:12,
47:19, 47:20, 47:22,
47:23, 48:15, 48:20
**progress** [1] - 48:5
**prohibited** [1] - 47:5
**pronounced** [1] -
49:25
**properly** [1] - 14:5
**property** [1] - 33:22
**prosecution** [1] -
23:14
**prostitution** [2] -
21:23, 34:6
**protect** [1] - 8:16
**protected** [1] - 41:4
**protection** [1] - 24:15
**protocol** [1] - 3:11
**prove** [1] - 15:23
**proven** [1] - 43:6
**provide** [5] - 4:19,
13:3, 15:8, 15:11,
48:6
**provided** [12] - 3:7,
3:13, 4:25, 13:15,
15:8, 15:9, 15:10,
15:21, 15:25, 23:20,
23:24, 47:12
**provider** [5] - 47:13,
47:21, 48:7, 48:21
**providers** [1] - 47:17
**providing** [1] - 26:12
**PSR** [8] - 4:25, 5:2,
5:12, 13:11, 13:19,
18:10, 19:18, 27:2
**psychologist** [1] -
36:18
**public** [1] - 46:16
**punishment** [4] -
24:19, 28:12, 42:23,
45:6
**punitive** [1] - 30:2
**purpose** [2] - 16:19,
47:4
**pursuant** [2] - 12:22,
51:3
**push** [1] - 7:25
**put** [7] - 7:19, 13:10,
13:16, 20:5, 32:13,
36:25, 43:25
**putting** [1] - 17:22

## Q

**qualifying** [1] - 45:22
**quality** [1] - 29:4
**quantification** [1] -
29:18

**quarter** [1] - 49:3
**questions** [8] - 5:11,
5:13, 5:16, 5:18,
23:14, 24:24, 24:25,
25:24

## R

**range** [3] - 7:7, 18:3,
18:9
**ranged** [1] - 17:8
**ranges** [1] - 17:23
**rational** [1] - 28:5
**rationale** [1] - 26:11
**RDR** [2] - 1:19, 51:10
**reach** [1] - 43:1
**reactions** [1] - 28:7
**read** [8] - 5:1, 9:17,
9:22, 26:23, 30:21,
30:25, 31:6
**reading** [1] - 10:2
**ready** [1] - 2:5
**real** [1] - 36:12
**realistically** [1] - 42:25
**reality** [1] - 30:4
**realize** [1] - 25:8
**realized** [1] - 24:8
**really** [12] - 20:25,
21:1, 24:19, 32:20,
33:12, 36:19, 36:23,
37:10, 38:4, 38:21
**reason** [4] - 17:5,
17:6, 20:20
**reasonable** [1] - 37:23
**reasonably** [1] - 46:9
**receive** [1] - 4:17
**received** [2] - 18:12,
48:24
**receiving** [1] - 14:16
**recent** [1] - 5:23
**recently** [3] - 12:11,
40:2, 41:21
**recess** [1] - 11:2
**recitation** [1] - 4:19
**recognition** [1] - 28:23
**recognize** [2] - 28:14,
43:2
**recognizes** [1] - 28:20
**recommend** [3] -
29:20, 49:14, 49:20
**recommendation** [1] -
6:23
**record** [17] - 6:19,
11:18, 11:24, 12:17,
12:25, 13:9, 13:10,
13:24, 14:1, 18:11,
26:24, 27:2, 27:8,
39:15, 43:13, 43:24,
45:1

**recorded** [2] - 1:23,
15:13
**records** [3] - 37:21,
43:14, 48:2
**reducer** [1] - 44:22
**refer** [1] - 2:23
**reference** [1] - 11:12
**referenced** [1] - 16:17
**reflect** [2] - 43:5,
43:10
**regard** [4] - 11:8, 27:9,
28:9, 28:18
**regarding** [2] - 4:14,
4:15
**registered** [1] - 47:12
**Registration** [1] -
45:18
**registration** [1] -
45:20
**regret** [2] - 37:5, 38:17
**rehabilitation** [1] -
42:24
**relate** [3] - 11:15,
11:19, 16:9
**related** [1] - 11:7
**relating** [4] - 11:21,
14:10, 16:24, 16:25
**relation** [1] - 40:11
**release** [5] - 45:11,
45:12, 45:15, 46:23,
49:5
**released** [3] - 45:10,
45:14, 47:20
**reliable** [2] - 14:5,
17:15
**reluctance** [1] - 4:14
**remarkable** [1] - 28:3
**remember** [2] - 32:18,
37:13
**remorse** [1] - 40:17
**rented** [1] - 34:23
**repeat** [1] - 24:12
**repeatedly** [1] - 41:10
**report** [17] - 2:16, 3:8,
3:9, 3:12, 3:16, 3:17,
3:24, 4:10, 4:11, 6:23,
9:10, 10:2, 11:7,
16:22, 31:6, 45:13,
46:12
**Reported** [1] - 1:19
**reported** [1] - 51:5
**reporter** [1] - 9:2
**Reporter** [2] - 1:19,
1:23
**REPORTER'S** [1] -
1:10
**represent** [1] - 50:12
**request** [6] - 3:5, 4:18,
17:17, 17:22, 49:9,
49:11

**requested** [1] - 13:2
**requests** [1] - 48:7
**require** [1] - 35:9
**required** [2] - 46:25,
47:10
**requirements** [2] -
45:18, 46:23
**research** [1] - 39:19
**reside** [1] - 45:21
**resist** [1] - 44:15
**respect** [4] - 13:7,
13:10, 21:19, 39:19
**respond** [2] - 15:5,
31:20
**response** [3] - 18:16,
29:11, 44:3
**responsive** [2] - 3:5,
4:18
**rest** [2] - 23:7, 23:8
**restitution** [4] - 18:4,
35:6, 48:23, 48:25
**result** [3] - 28:6, 29:9,
43:16
**resume** [1] - 9:25
**retired** [1] - 36:19
**return** [1] - 15:12
**returned** [1] - 11:4
**review** [4] - 2:16, 3:15,
6:22, 48:4
**reviewed** [3] - 3:17,
9:9, 16:22
**reviewing** [1] - 10:1
**rights** [2] - 12:22,
50:15
**Rights** [1] - 12:23
**Roger** [1] - 41:23
**roll** [1] - 32:21
**room** [4] - 5:22, 5:25,
7:8, 10:10
**ROSENTHAL** [1] - 1:3
**Ross** [1] - 18:24
**rulings** [1] - 27:9
**run** [1] - 45:11
**running** [1] - 32:23
**rushed** [1] - 30:22
**Ryan** [1] - 1:17

## S

**safety** [1] - 45:7
**Salinas** [2] - 18:24,
35:20
**San** [3] - 34:17, 34:23
**sat** [3] - 35:4, 39:24,
40:25
**satisfied** [1] - 12:5
**saw** [1] - 4:23
**scars** [1] - 21:15
**scheduled** [2] - 3:18,

3:23
**school** [2] - 33:14, 33:16
**schooler** [1] - 21:20
**scientific** [1] - 34:4
**Scion** [1] - 36:8
**screens** [1] - 47:14
**Sean** [2] - 1:17, 2:11
**search** [2] - 46:4, 47:3
**searches** [2] - 47:4, 47:9
**seated** [6] - 11:3, 18:17, 19:22, 19:24, 20:3, 20:12
**second** [2] - 11:19, 14:9
**Section** [1] - 51:4
**security** [1] - 49:18
**see** [3] - 10:13, 28:4, 36:1
**See** [1] - 11:1
**seeing** [1] - 42:12
**seized** [2] - 33:20, 33:23
**send** [1] - 49:13
**sends** [1] - 44:14
**sense** [4] - 11:13, 14:16, 29:14, 31:3
**sentence** [14] - 7:2, 28:23, 28:25, 29:21, 29:25, 30:6, 30:11, 39:6, 41:20, 42:2, 42:5, 42:22, 45:2, 49:25
**sentenced** [3] - 39:25, 40:3, 41:22
**sentences** [1] - 50:5
**SENTENCING** [1] - 1:9
**sentencing** [2] - 6:7, 30:23
**September** [5] - 2:22, 2:23, 3:6, 9:14
**serve** [3] - 42:23, 43:2, 44:12
**served** [1] - 18:14
**Service** [2] - 3:3, 3:4
**servitude** [1] - 25:9
**sessions** [1] - 47:14
**Seth** [3] - 1:17, 2:12, 9:19
**seven** [1] - 9:25
**several** [4] - 6:15, 17:2, 18:25, 28:3
**severe** [1] - 17:20
**Sex** [2] - 45:18, 47:10
**sex** [9] - 22:10, 34:9, 34:12, 45:20, 47:1, 47:11, 47:12, 47:15, 48:15
**sex-offender-**

**specific** [1] - 47:1
**sexual** [1] - 25:9
**sexually** [3] - 40:23, 43:24, 46:19
**share** [1] - 43:8
**Sherri** [4] - 1:15, 2:9, 38:16, 38:20
**shoes** [1] - 37:1
**short** [1] - 45:5
**shorter** [1] - 28:22
**show** [3] - 33:24, 43:14
**showed** [1] - 9:21
**shower** [6] - 7:20, 8:13, 10:4, 32:13, 32:14
**showering** [1] - 12:13
**shown** [2] - 40:17, 41:8
**shows** [1] - 43:13
**sick** [2] - 32:24, 33:1
**side** [1] - 42:7
**sidetracked** [1] - 4:5
**significant** [2] - 29:9, 44:18
**silly** [1] - 21:3
**similar** [2] - 46:21, 49:17
**simply** [2] - 26:13, 27:24
**single** [1] - 5:2
**sit** [5] - 13:18, 14:2, 33:3, 39:11
**site** [1] - 46:2
**sitting** [1] - 36:13
**situation** [3] - 32:3, 41:10, 43:20
**situations** [1] - 37:14
**six** [2] - 29:6, 32:8
**six-and-a-half** [2] - 29:6, 32:8
**sleep** [1] - 32:19
**slowly** [1] - 20:19
**smiles** [1] - 35:4
**smiling** [1] - 35:4
**sneezing** [1] - 32:23
**society** [4] - 24:18, 30:5, 39:7, 41:4
**sodomized** [1] - 25:12
**software** [1] - 47:5
**solace** [1] - 24:19
**solitary** [4] - 32:8, 32:9, 32:11, 43:25
**someone** [9] - 14:17, 14:21, 28:13, 29:12, 29:14, 29:16, 36:12, 37:12, 40:22
**sometimes** [2] - 24:17, 38:25

**somewhere** [1] - 49:13
**soon** [1] - 35:3
**sorry** [9] - 30:15, 32:1, 36:16, 36:23, 38:13, 38:21, 40:16, 41:2
**Sorry** [1] - 24:4
**sounds** [1] - 35:25
**source** [1] - 14:17
**sources** [2] - 13:15, 17:2
**SOUTHERN** [1] - 1:2
**Southern** [3] - 1:20, 42:1, 49:8
**speaking** [2] - 7:12, 8:15
**special** [3] - 5:22, 15:9, 18:7
**specific** [3] - 7:14, 16:25, 47:1
**spend** [4] - 10:1, 31:7, 34:20, 36:19
**spent** [5] - 7:21, 32:6, 32:7, 36:3, 44:18
**spit** [1] - 10:21
**split** [1] - 20:24
**spoken** [1] - 34:7
**spoon** [2] - 7:20, 32:15
**spot** [1] - 37:4
**stand** [4] - 14:22, 19:25, 20:24, 32:20
**standard** [2] - 13:13, 15:25
**standards** [1] - 17:16
**staring** [1] - 41:1
**starting** [1] - 25:22
**state** [5] - 2:8, 20:14, 45:17, 45:20, 45:21
**statement** [7] - 17:14, 23:12, 23:24, 27:5, 37:22, 38:2, 38:6
**statements** [4] - 8:17, 18:11, 20:4, 43:13
**STATES** [8] - 1:1, 1:4, 8:20, 8:24, 10:11, 10:18, 10:25, 12:10
**States** [8] - 1:20, 2:10, 23:15, 24:25, 25:24, 42:4, 49:7, 51:4
**status** [1] - 2:24
**statute** [1] - 45:24
**statutory** [1] - 17:24
**stenographically** [1] - 51:5
**stenography** [1] - 1:23
**stepmother** [2] - 19:11, 19:19
**steps** [1] - 37:6
**still** [1] - 32:1

**stop** [1] - 34:15
**storage** [2] - 45:24, 46:4
**store** [1] - 37:13
**street** [1] - 34:22
**Street** [1] - 25:4
**stress** [1] - 17:18
**stretched** [1] - 42:3
**struggle** [1] - 24:14
**struggled** [2] - 22:4, 40:20
**student** [3] - 33:19, 34:1, 45:21
**stupid** [1] - 43:13
**subject** [5] - 14:22, 26:13, 28:1, 29:5, 47:9
**subjected** [1] - 29:16
**submit** [2] - 46:3, 46:21
**subsequent** [1] - 3:14
**succeeded** [1] - 43:19
**successful** [1] - 32:3
**sucking** [1] - 34:5
**suffer** [3] - 21:13, 23:8, 24:11
**suffered** [1] - 40:18
**suffering** [1] - 22:14
**sufficient** [1] - 17:14
**sufficiently** [1] - 17:15
**suggesting** [1] - 42:15
**suicide** [18] - 3:1, 3:12, 7:16, 7:19, 24:15, 31:25, 32:2, 32:6, 32:7, 32:25, 33:4, 33:8, 33:24, 35:19, 36:3, 36:6, 36:12, 38:15
**summarized** [1] - 13:16
**summer** [2] - 34:24, 34:25
**summertime** [1] - 34:18
**super** [1] - 11:3
**supervise** [1] - 47:22
**supervised** [4] - 45:10, 45:15, 46:23, 49:5
**support** [9] - 16:2, 23:10, 26:12, 26:15, 26:17, 40:6, 41:7, 42:1, 49:17
**supported** [4] - 13:20, 14:4, 14:8, 44:4
**surface** [1] - 10:7
**survivor** [1] - 23:11
**suspect** [1] - 28:16
**sworn** [1] - 20:2

## T

**tablet** [1] - 9:22
**targeting** [1] - 11:22
**teaching** [1] - 34:2
**teenager** [1] - 23:10
**teeth** [1] - 32:15
**telephone** [3] - 15:18, 16:25, 17:12
**ten** [3] - 17:25, 38:17, 38:21
**term** [2] - 28:25, 36:2
**terminate** [2] - 4:6, 4:16
**terms** [1] - 45:9
**terrible** [1] - 22:21
**testified** [1] - 40:8
**testify** [8] - 10:15, 12:24, 18:18, 19:9, 19:13, 19:20, 26:10, 28:1
**testifying** [1] - 12:22
**testimony** [5] - 13:3, 14:21, 15:16, 17:13, 43:7
**testing** [2] - 46:21, 46:25
**tests** [1] - 47:14
**TEXAS** [1] - 1:2
**Texas** [5] - 1:11, 1:20, 34:25, 42:1, 49:8
**thankful** [1] - 22:24
**THE** [137] - 2:5, 2:7, 2:14, 2:19, 4:21, 5:3, 5:6, 5:11, 5:15, 5:18, 6:13, 6:19, 7:1, 7:9, 7:11, 7:13, 7:15, 7:22, 7:24, 8:1, 8:3, 8:4, 8:5, 8:6, 8:8, 8:10, 8:12, 8:16, 8:20, 8:22, 8:24, 8:25, 9:2, 9:4, 9:5, 9:8, 9:9, 9:11, 9:12, 9:13, 9:15, 9:16, 9:20, 9:21, 9:24, 10:4, 10:6, 10:11, 10:13, 10:18, 10:20, 10:23, 10:24, 10:25, 11:1, 11:3, 11:11, 11:25, 12:7, 12:10, 12:16, 13:6, 13:22, 13:25, 15:4, 15:18, 16:4, 16:11, 16:13, 16:21, 18:19, 18:20, 18:21, 18:23, 18:24, 19:2, 19:4, 19:5, 19:15, 19:22, 19:23, 19:24, 20:6, 20:11, 23:13, 23:18, 23:23, 24:1, 24:4, 24:6, 24:23,

25:2, 26:1, 26:3, 26:6, 26:21, 27:1, 29:20, 30:8, 30:13, 30:16, 30:19, 30:21, 30:24, 31:2, 31:17, 31:20, 31:21, 31:23, 31:24, 33:7, 34:11, 37:16, 37:18, 37:20, 37:25, 38:2, 38:4, 38:6, 38:8, 38:11, 38:13, 39:4, 39:5, 39:13, 42:6, 42:9, 44:1, 44:2, 49:14, 49:24, 50:1, 50:3, 50:4, 50:9, 50:16, 50:17
**themselves** [1] - 15:1
**therapy** [1] - 34:2
**third** [1] - 48:12
**thorough** [1] - 4:19
**thoroughly** [1] - 5:14
**thoughts** [2] - 22:15, 28:7
**threat** [1] - 23:9
**threats** [3] - 15:16, 15:19, 17:11
**three** [3] - 20:2, 23:23, 36:13
**Title** [1] - 51:3
**today** [14] - 8:4, 9:19, 12:22, 20:17, 22:19, 22:24, 24:10, 25:20, 28:1, 36:1, 39:20, 40:25, 42:22, 44:8
**together** [2] - 7:5, 13:16
**took** [2] - 7:17, 20:16
**toothbrush** [1] - 7:20
**top** [1] - 13:18
**topic** [2] - 37:17, 38:9
**torture** [3] - 32:11, 33:9, 44:16
**tortured** [3] - 28:7, 30:4, 36:15
**torturing** [1] - 36:14
**total** [2] - 44:19, 45:4
**towards** [1] - 17:9
**toy** [1] - 34:25
**trailer** [1] - 34:23
**trained** [1] - 34:1
**traits** [1] - 21:6
**TRANSCRIPT** [1] - 1:10
**transcript** [2] - 1:23, 51:5
**transferred** [1] - 3:10
**translate** [1] - 44:11
**treated** [3] - 22:11, 31:25, 35:22
**treating** [2] - 47:14, 48:18

**treatment** [15] - 4:15, 15:9, 47:2, 47:11, 47:12, 47:16, 47:21, 48:2, 48:5, 48:13, 48:14, 48:15, 48:21
**Treatment** [1] - 47:10
**trial** [10] - 4:13, 6:14, 13:9, 13:19, 14:3, 14:6, 15:22, 39:24, 40:8, 43:17
**tricked** [1] - 21:22
**tried** [5] - 5:14, 22:6, 31:11, 31:12
**true** [4] - 35:2, 36:22, 44:1, 51:4
**truly** [1] - 25:20
**trust** [1] - 21:10
**trusted** [1] - 21:5
**try** [5] - 21:14, 22:4, 22:17, 32:20, 35:6
**trying** [2] - 37:18, 38:8
**Tundra** [1] - 34:24
**tunnel** [1] - 30:1
**turn** [4] - 8:6, 22:16, 35:16, 39:10
**turned** [2] - 22:9, 32:14
**twist** [1] - 29:2
**two** [10] - 5:24, 8:5, 8:13, 10:24, 11:9, 20:3, 20:11, 40:2, 41:23, 41:24
**two-weeks-ago** [1] - 8:13
**Tylenol** [1] - 33:1
**type** [1] - 27:17
**types** [1] - 40:1
**typical** [1] - 28:24

## U

**U.S** [2] - 3:3, 23:20
**uglier** [1] - 25:14
**ultimately** [1] - 40:12
**unable** [1] - 44:15
**unclear** [1] - 18:14
**uncovered** [1] - 40:13
**under** [14] - 6:7, 6:12, 7:2, 12:22, 14:21, 20:5, 29:1, 29:8, 29:11, 31:20, 31:21, 41:7, 46:9, 47:9
**understood** [1] - 10:3
**unfold** [1] - 45:2
**UNITED** [8] - 1:1, 1:4, 8:20, 8:24, 10:11, 10:18, 10:25, 12:10
**United** [9] - 1:20, 2:10, 23:15, 24:25, 25:24,

32:10, 42:4, 49:7, 51:4
**unsupported** [3] - 11:18, 11:24, 13:8
**unwashed** [1] - 8:10
**up** [21] - 6:14, 7:2, 7:7, 9:21, 10:8, 11:5, 12:4, 13:14, 21:10, 24:3, 25:17, 25:18, 32:5, 32:20, 33:10, 35:3, 35:11, 37:6, 39:12, 41:15, 48:1
**upset** [4] - 31:24, 37:25, 39:2

## V

**variance** [5] - 17:17, 27:14, 28:19, 39:18, 41:8
**various** [1] - 47:14
**vetted** [1] - 16:1
**victim** [7] - 23:11, 23:19, 39:21, 40:13, 41:10, 41:23, 42:15
**Victim** [2] - 15:14, 40:11
**VICTIM** [8] - 20:8, 20:9, 20:10, 20:15, 24:2, 24:5, 24:7, 25:3
**victims** [27] - 10:14, 12:21, 15:17, 18:4, 18:14, 18:17, 19:16, 19:25, 20:5, 22:22, 23:21, 27:3, 31:14, 31:16, 38:23, 38:25, 40:4, 40:10, 40:12, 41:17, 41:23, 41:24, 42:2, 44:6, 44:9, 44:16, 48:9
**Victims'** [1] - 12:23
**video** [1] - 46:18
**view** [2] - 26:22, 46:17
**viewed** [1] - 42:25
**views** [1] - 6:6
**visit** [11] - 3:19, 3:23, 3:25, 4:8, 5:23, 7:4, 16:12, 31:8, 31:10, 32:22, 48:11
**visitation** [1] - 49:19
**visited** [2] - 5:21, 7:5
**visits** [2] - 3:3, 3:5
**visual** [1] - 46:17
**voiced** [1] - 29:3
**vs** [1] - 1:6
**vulnerable** [2] - 43:7, 44:16

## W

**wages** [1] - 49:4
**wait** [1] - 31:10
**waited** [1] - 7:12
**waiting** [2] - 10:14, 12:14
**waiving** [1] - 49:1
**wake** [1] - 25:17
**walk** [1] - 32:21
**wall** [1] - 21:10
**wants** [5] - 31:18, 38:5, 41:2, 41:9, 44:12
**warn** [1] - 47:7
**wash** [1] - 10:21
**washed** [2] - 8:1, 10:22
**watch** [13] - 3:1, 3:12, 7:16, 7:19, 24:15, 32:8, 32:25, 33:5, 33:8, 33:24, 35:19, 36:3, 38:15
**water** [2] - 7:20, 7:24
**ways** [4] - 21:24, 22:3, 28:5, 43:12
**week** [1] - 12:12
**weeks** [3] - 5:24, 8:5, 8:13
**weird** [2] - 36:4
**whatsoever** [1] - 48:11
**whole** [1] - 36:24
**willing** [5] - 15:11, 19:8, 19:16, 19:20, 42:17
**willingness** [2] - 19:14, 43:22
**wish** [9] - 4:11, 12:23, 13:5, 19:25, 20:4, 21:12, 21:13, 23:23, 38:23
**wished** [1] - 4:16
**wishes** [3] - 16:4, 16:15, 27:5
**witness** [3] - 4:14, 14:22, 17:13
**witnesses** [10] - 12:24, 18:22, 18:23, 18:25, 26:4, 26:9, 31:7, 32:5, 35:18
**words** [1] - 26:12
**workable** [1] - 49:20
**worse** [2] - 36:14, 43:20
**worth** [2] - 22:10, 29:18
**worthwhile** [1] - 27:11
**wound** [1] - 20:25

**wounds** [2] - 20:23, 22:20
**written** [4] - 18:12, 23:24, 46:13, 48:12
**wrote** [2] - 33:25, 35:12

## Y

**Yasmine** [1] - 41:22
**year** [1] - 2:23
**years** [15] - 17:25, 21:12, 25:10, 28:2, 29:6, 32:9, 35:20, 38:18, 38:21, 40:2, 41:22, 41:23, 41:24, 42:25
**yesterday** [2] - 4:8, 5:24
**young** [5] - 21:3, 23:10, 39:22, 40:5, 44:17
**yourself** [1] - 31:11

## Z

**ZACK** [12] - 2:6, 2:9, 13:11, 15:6, 15:19, 23:15, 23:22, 23:25, 24:25, 25:24, 39:15, 50:8
**Zack** [6] - 1:15, 2:9, 15:4, 16:17, 18:15, 39:14