**EXHIBIT B**

**CURRICULUM VITAE**

# Robert Levine
Senior Manager





Detroit, MI USA
**Office:** +1.248.432.1294
rlevine@stout.com

### Education

B.B.A., Finance
University of Michigan

### Designations

Certified Public Accountant Accredited
in Business Valuation (CPA/ABV)
Charter Global Management Accountant
(CGMA)

### Practice Areas

Bankruptcy
Complex Business Litigation
Intellectual Property Disputes
Shareholder Disputes
Trade Secrets & Restrictive Covenants
Transaction Disputes
Investigations

### Industry Focus

Automotive
Consumer, Retail, Food & Beverage
Diversified Industrials
Healthcare & Life Sciences
Real Estate, Lodging & Leisure

Robert Levine is a Senior Manager in the Dispute Consulting group. The practice encompasses all areas of litigation support, forensic accounting and computer forensics. Mr. Levine has significant experience in providing a broad range of business and financial advice to trial lawyers and in-house counsel throughout the dispute process, including matters involving breach of contract, tortious interference, shareholder disputes, warranty and recall disputes, fraud and forensic investigations, post M&A disputes, securities litigation, business interruption claims, disputes in the context of bankruptcy, labor and economics disputes, as well as matters involving theft of trade secrets and intellectual property infringement.

Mr. Levine received a Bachelor of Business degree from the University of Michigan, Stephen M. Ross School of Business, having graduated with High Distinction.

Prior to joining Stout, Mr. Levine was with Deloitte & Touche, LLP in its Audit & Enterprise Risk Services group in Detroit.

**Professional Memberships**

- Michigan Association of Certified Public Accountants (MICPA)
- American Institute of Certified Public Accountants (AICPA)

**Robert Levine**
Senior Manager



## Testimony Experience

Lisa Ricchio v. Bijal, Inc. d/b/a Shangri-La Motel, Ashvinkumar Patel, Sima Patel, and Clark McClean, United States District Court, District of Massachusettes, 2018

Christine Ekalliipse Mouloki v. Marie Paule Epee and Eric Ngado Epee, United States District Court, Northern District of Illinois Eastern Division, 2017

## Publications

"Fault Lines: The Changing Relationship Between OEMs and Suppliers," *2017 Automotive Warranty & Recall Report*, Stout, September 2017

"Guarding Your Character: Demonstrating Intent in Private-Equity Funding," *The SRR Journal*, Spring 2016

"Guarding Your Character: Demonstrating Intent in Private-Equity Funding," *American Bankruptcy Institute*, January 2016

"Informing The Artisan: Reasonable Certainty In Patent Claims," Law 360, July 2015

"Informing the Artisan: Reasonable Certainty in Patent Claims Construction," *The SRR Journal,* Fall 2015

"Texas Supreme Court Addresses Standard for Expert Opinion on Damages," *American Bar Association*, May 2015

"Tests of Character: Challenges to Unsecured Claims in the Mount Olive and American Housing Foundation Bankruptcies", *The SRR Journal*, Spring 2015

"Dollars and Common Sense: Understanding Reasonable Certainty in International Arbitration", *Journal of Damages in International Arbitration, Volume 2, No. 1*, April 2015

"Bankruptcy Court Eschews Reliance on Multi-Factor Test," *American Bar Association*, November 2014

"A Test of Character: Challenges to Unsecured Claims in the *Mt. Olive* Bankruptcy," *ABI Committee Newsletter*, November 2014

## Speeches and Seminars

"5th Annual State of Automotive Recall and Warranty Summit" Society of Automotive Analysts Automotive Warranty and Recall Symposium, March 2018

"Automotive Strategic Insights Developing a Supplier Pilot Program to Reduce Recall Risk" ENG Automotive Warranty Management Conference, October 2017

"Re-engineering Recall: What Will the Future of Recall Look Like?" Society of Automotive Analyst's Automotive Warranty and Recall Symposium, March 2017

"The Anatomy of Financial Statements – Oops, on the Brink of Bankruptcy" MICPA, June 2016.

"Report on Automotive Warranty Claims and OEM Recalls," Society of Automotive Analysts, March 2016



**EXHIBIT D**

**ALFARO OUT OF POCKET COSTS**

This exh 2

Exhibit D

*Jose Alfaro v. Jason Daniel Gandy*
Alfaro Out of Pocket Costs

| | Description | Amount | |
|---|---|---|---|
| 1 | Travel | $ | 92 [a] |
| 2 | Medication | | 309 [b] |
| 3 | Past Psychotherapy Sessions | | 90 [c] |
| 4 | Ongoing Psychotherapy Sessions | | 20,280 [d] |
| 5 | Gastric Specialists | | 396 [e] |
| 6 | Surgical Procedures | | 500 [f] |
| 7 | **Total Out of Pocket Costs** | $ | **21,668** |

**Footnotes:**

[a] Source: Uber receipt, June 9, 2014. Cost has been extrapolated to six psychotherapy sessions over the period March 23, 2014 - June 23, 2014.

[b] Includes medication cost of $18 per month for 12 months related to Herpes treatment and medication related to anxiety (CVS receipt, June 9, 2014) refilled monthly over the course of one year. Based upon interview with Jose Alfaro.

[c] Includes psychotherapy sessions per exam notes from SEM Hospital from March 23, 2014 - June 23, 2014 at $15 per session.

[d] Recommendation from Trauma Center at Justice Resource Institute on July 31, 2014 that Alfaro would require "several years" of weekly therapy sessions. The evaluation provides a cost estimate of $195 per session.

[e] Includes 18 visits to gastric specialist at $22 per visit, based upon interview with Jose Alfaro.

[f] Includes two procedures in 2009 and 2015 related to HPV, based upon interview with Jose Alfaro.

EXHIBIT F

ADDITIONAL MANDATORY RESTITUTION PURSUANT TO 18 USC 1593(B)

TI's Ex 3

Exhibit F

*Jose Alfaro v. Jason Daniel Gandy*
Additional Mandatory Restitution Pursuant to 18 USC 1593(b)

| | | | |
|---|---|---|---|
| 1 | Number of Massage Sessions | | 17.5 [a] |
| 2 | Value Received by Gandy per Session | $ | 140 [b] |
| 3 | **Total Value Received by Gandy (A)** | $ | **2,450** |
| 4 | Hours Worked | | 17.5 [a] |
| 5 | FLSA Guaranteed Minimum Wage | $ | 6.55 [c] |
| 6 | Total FLSA Guaranteed Minimum Wage | $ | 115 |
| 7 | FLSA Liquidated Damages | $ | 115 |
| 8 | **Value of Labor Guaranteed under FLSA (B)** | $ | **229** |
| 9 | **Greater of A and B** | $ | **2,450** |

**Footnotes**
[a] Midpoint of range of number of one-hour massage sessions estimated by Jose Alfaro.
[b] Rate per massage session paid to Defendant, based upon interview with Jose Alfaro.
[c] Effective FLSA minimum wage from July 24, 2008 through July 23, 2009.
   Source: https://www.dol.gov/whd/minwage/chart.htm

**EXHIBIT E**

**CALCULATION OF LOST EARNINGS**

TI's exh 4

Exhibit E

Jose Alfaro v. Jason Daniel Gandy
Summary of Calculation of Jose Alfaro Lost Earnings

| | | | | But-For Earnings | | Estimated Actual Earnings | | | | | Cumulative |
| Year | Period Start | Period End | Age at End of Year | Projected Earnings [a] | Projected Earnings Net of Unemployment [b] | Projected Earnings [c] | Projected Earnings Net of Unemployment [d] | Lost Earnings Net of Unemployment [d] | Present Value Factor [d] | Present Value of Loss | Present Value of Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 6/1/2012 | 12/31/2012 | 21.7 | 15,464 | 15,035 | 4,617 | 4,617 | 10,418 | 1.00 | 10,418 | 10,418 |
| 2013 | 1/1/2013 | 12/31/2013 | 22.7 | 29,738 | 28,876 | 12,002 | 12,002 | 16,874 | 1.00 | 16,874 | 16,874 |
| 2014 | 1/1/2014 | 12/31/2014 | 23.7 | 33,117 | 32,351 | 13,916 | 13,916 | 18,434 | 1.00 | 18,434 | 35,308 |
| 2015 | 1/1/2015 | 12/31/2015 | 24.7 | 37,327 | 36,244 | 15,086 | 15,086 | 21,158 | 1.00 | 21,158 | 56,466 |
| 2016 | 1/1/2016 | 12/31/2016 | 25.7 | 41,819 | 40,606 | 23,639 | 23,639 | 16,967 | 1.00 | 16,967 | 73,433 |
| 2017 | 1/1/2017 | 12/31/2017 | 26.7 | 46,652 | 45,493 | 37,868 | 37,868 | 7,625 | 1.00 | 7,625 | 81,058 |
| 2018 | 1/1/2018 | 12/31/2018 | 27.7 | 48,018 | 46,628 | 38,811 | 36,911 | 9,717 | 0.99 | 9,583 | 90,641 |
| 2019 | 1/1/2019 | 12/31/2019 | 28.7 | 49,214 | 47,787 | 39,777 | 37,832 | 9,955 | 0.98 | 9,804 | 100,445 |
| 2020 | 1/1/2020 | 12/31/2020 | 29.7 | 50,440 | 48,977 | 40,768 | 38,770 | 10,207 | 0.96 | 9,785 | 110,230 |
| 2021 | 1/1/2021 | 12/31/2021 | 30.7 | 51,696 | 50,198 | 41,783 | 39,737 | 10,461 | 0.93 | 9,677 | 119,907 |
| 2022 | 1/1/2022 | 12/31/2022 | 31.7 | 52,983 | 51,446 | 42,823 | 40,725 | 10,721 | 0.90 | 9,648 | 129,555 |
| 2023 | 1/1/2023 | 12/31/2023 | 32.7 | 54,302 | 52,727 | 43,880 | 41,739 | 10,988 | 0.88 | 9,621 | 139,176 |
| 2024 | 1/1/2024 | 12/31/2024 | 33.7 | 55,654 | 54,040 | 44,983 | 42,778 | 11,262 | 0.85 | 9,564 | 148,740 |
| 2025 | 1/1/2025 | 12/31/2025 | 34.7 | 57,040 | 55,388 | 46,103 | 43,846 | 11,542 | 0.82 | 9,516 | 158,256 |
| 2026 | 1/1/2026 | 12/31/2026 | 35.7 | 58,460 | 56,765 | 47,251 | 44,935 | 11,830 | 0.80 | 9,468 | 167,724 |
| 2027 | 1/1/2027 | 12/31/2027 | 36.7 | 59,916 | 58,178 | 48,427 | 46,054 | 12,124 | 0.78 | 9,422 | 177,146 |
| 2028 | 1/1/2028 | 12/31/2028 | 37.7 | 61,408 | 59,627 | 49,633 | 47,201 | 12,426 | 0.75 | 9,376 | 186,522 |
| 2029 | 1/1/2029 | 12/31/2029 | 38.7 | 62,937 | 61,112 | 50,868 | 48,377 | 12,735 | 0.73 | 9,329 | 195,851 |
| 2030 | 1/1/2030 | 12/31/2030 | 39.7 | 64,504 | 62,633 | 52,135 | 49,580 | 13,053 | 0.71 | 9,282 | 205,133 |
| 2031 | 1/1/2031 | 12/31/2031 | 40.7 | 66,110 | 64,193 | 53,434 | 50,815 | 13,378 | 0.69 | 9,237 | 214,370 |
| 2032 | 1/1/2032 | 12/31/2032 | 41.7 | 67,755 | 65,791 | 54,764 | 52,080 | 13,711 | 0.67 | 9,191 | 223,561 |
| 2033 | 1/1/2033 | 12/31/2033 | 42.7 | 69,443 | 67,430 | 56,128 | 53,378 | 14,052 | 0.65 | 9,145 | 232,706 |
| 2034 | 1/1/2034 | 12/31/2034 | 43.7 | 71,173 | 69,109 | 57,525 | 54,707 | 14,402 | 0.63 | 9,101 | 241,807 |
| 2035 | 1/1/2035 | 12/31/2035 | 44.7 | 72,945 | 70,829 | 58,958 | 56,068 | 14,761 | 0.61 | 9,055 | 250,862 |
| 2036 | 1/1/2036 | 12/31/2036 | 45.7 | 74,761 | 72,593 | 60,426 | 57,465 | 15,128 | 0.60 | 9,010 | 259,872 |
| 2037 | 1/1/2037 | 12/31/2037 | 46.7 | 76,623 | 74,401 | 61,930 | 58,896 | 15,505 | 0.58 | 8,966 | 268,838 |
| 2038 | 1/1/2038 | 12/31/2038 | 47.7 | 78,531 | 76,253 | 63,472 | 60,362 | 15,891 | 0.56 | 8,921 | 277,759 |
| 2039 | 1/1/2039 | 12/31/2039 | 48.7 | 80,488 | 78,152 | 65,053 | 61,866 | 16,286 | 0.55 | 8,877 | 286,636 |
| 2040 | 1/1/2040 | 12/31/2040 | 49.7 | 82,490 | 80,098 | 66,673 | 63,406 | 16,692 | 0.53 | 8,833 | 295,469 |
| 2041 | 1/1/2041 | 12/31/2041 | 50.7 | 84,544 | 82,092 | 68,333 | 64,984 | 17,108 | 0.51 | 8,790 | 304,259 |
| 2042 | 1/1/2042 | 12/31/2042 | 51.7 | 86,649 | 84,136 | 70,034 | 66,602 | 17,534 | 0.50 | 8,746 | 313,005 |
| 2043 | 1/1/2043 | 12/31/2043 | 52.7 | 88,807 | 86,231 | 71,778 | 68,261 | 17,970 | 0.48 | 8,702 | 321,707 |
| 2044 | 1/1/2044 | 12/31/2044 | 53.7 | 91,018 | 88,379 | 73,566 | 69,961 | 18,418 | 0.47 | 8,660 | 330,367 |
| 2045 | 1/1/2045 | 12/31/2045 | 54.7 | 93,284 | 90,579 | 75,396 | 71,703 | 18,876 | 0.46 | 8,616 | 338,983 |
| 2046 | 1/1/2046 | 12/31/2046 | 55.7 | 95,607 | 92,835 | 77,225 | 73,489 | 19,346 | 0.44 | 8,574 | 347,557 |
| 2047 | 1/1/2047 | 12/31/2047 | 56.7 | 97,988 | 95,146 | 79,199 | 75,318 | 19,828 | 0.43 | 8,532 | 356,089 |
| 2048 | 1/1/2048 | 12/31/2048 | 57.7 | 100,428 | 97,515 | 81,223 | 77,193 | 20,322 | 0.42 | 8,489 | 364,578 |
| 2049 | 1/1/2049 | 12/31/2049 | 58.7 | 102,928 | 99,943 | 83,192 | 79,115 | 20,828 | 0.41 | 8,447 | 373,025 |
| 2050 | 1/1/2050 | 12/31/2050 | 59.7 | 105,491 | 102,432 | 85,284 | 81,086 | 21,346 | 0.39 | 8,406 | 381,431 |
| 2051 | 1/1/2051 | 12/31/2051 | 60.7 | 108,118 | 104,983 | 87,387 | 83,105 | 21,878 | 0.38 | 8,364 | 389,795 |
| 2052 | 1/1/2052 | 12/31/2052 | 61.7 | 110,810 | 107,597 | 89,563 | 85,174 | 22,423 | 0.37 | 8,321 | 398,116 |
| 2053 | 1/1/2053 | 12/31/2053 | 62.7 | 113,560 | 110,276 | 91,790 | 87,295 | 22,981 | 0.36 | 8,282 | 406,398 |
| 2054 | 1/1/2054 | 12/31/2054 | 63.7 | 116,397 | 113,022 | 94,078 | 89,467 | 23,555 | 0.35 | 8,240 | 414,638 |
| 2055 | 1/1/2055 | 12/31/2055 | 64.7 | 119,295 | 115,836 | 3,214 [e] | 3,057 | 112,779 | 0.34 | 38,307 | 452,945 |
| 2056 | 1/1/2056 | 12/31/2056 | 65.7 | 5,616 | 5,454 [e] | | | 5,276 | 0.33 | 1,740 | 454,685 |
| 46 | Total Present Value of Lost Earnings | | | $ 3,191,733 | $ 3,099,231 | $ 2,423,987 | $ 2,310,461 | $ 768,770 | | $ 454,685 | $ 454,685 |

Footnotes:

[a] Considers that but-for the indicident, Alfaro would earn annual wages consistent with 25th percentile annual wage for All Occupations in the Boston-Cambridge-Quincy, MA-NH Metropolitan Statistical Area ("MSA") in 2012. Earnings in years 2013 through 2017 are increased ratably until Alfaro's annual wage reaches the median for All Occupations in the Boston-Cambridge-Quincy, MA-NH MSA. Thereafter, 2.69% annual inflation is applied to earnings in each year. Alfaro's but-for earnings in each year are adjusted to reflect his worklife expectancy and final separation from the workforce. See accompanying expert report for additional detail regarding methodology.

[b] Reduction to Projected But-For Earnings to reflect the risk of unemployment in the economy among those with bachelors degree of 4.29% (U.S. Bureau of Labor Statistics Series LNS14027662). Projected Estimated Actual Earnings reduced to reflect the risk of unemployment among those with some college of 4.9% (U.S. Bureau of Labor Statistics Series LNS14027060).

[c] Actual historical wages and projected earnings are adjusted to reflect worklife expectancy and final separation from the workforce, as well as 2.69% annual inflation.

[d] Present value factor determined based on consideration of independent studies, including the Fang, Brown, Florence and Mercy 2012 Study which considered the application of a discount rate for personal income streams of between 3% and 4%. Based on this study, it is appropriate to utilize a rate in the lower end of the range described above. As such, I have considered a discount rate of 3% for application to future lost earnings, and discounted earnings in each year to December 21, 2018 utilizing the mid-period convention.

[e] Wages were calculated through the estimated date of Alfaro's final separation from the workforce.

**EXHIBIT C**

**SUMMARY OF ALFARO DAMAGES**

Tis ex(h) 5

Exhibit C

*Jose Alfaro v. Jason Daniel Gandy*
Summary of Alfaro Damages

| | Exhibit | Description | Amount | |
|---|---|---|---|---|
| 1 | D | Alfaro Out of Pocket Costs | $ | 21,668 |
| 2 | E | Present Value of Lost Earnings | | 454,685 |
| 3 | F | Additional Mandatory Restitution Pursuant to 18 USC 1593(b) | | 2,450 |
| 4 | | Total | $ | 478,803 |